Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
         chandler@millertoone.com

Proposed Attorneys for the Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**Finger Lickin' Brands, LLC**<br><br>Debtor. | **Bankruptcy Case No. 15-24141**<br>**Chapter 11**<br><br>**Honorable Joel T. Marker**<br><br>**(Filed Electronically)** |
|---|---|

### *NOTICE OF DEBTOR'S MOTION FOR AUTHORIZATION TO OBTAIN CONSTRUCTION LOAN UNDER 364(C), AND NOTICE OF HEARING*

**(THURSDAY, JUNE 18, 2015 at 10:30 A.M.)**
**(OBJECTIONS DUE WEDNESDAY, JUNE 17, 2015)**

**PLEASE TAKE NOTICE** that the hearing on the Motion for Authorization to Obtain Construction Loan Under 364(c) (the "Motion") will be held on **June 18 at 10:30 a.m.,** before the Honorable Joel T. Marker in the Frank E. Moss United States Courthouse, 350 Main Street, Salt Lake City, Utah 84101. A copy of the Motion was served on the Debtor's twenty (20) largest unsecured creditors. Additional copies can be obtained by contacting Debtor's undersigned proposed counsel.

If you do not want the Court to grant the final relief sought in the Motion, then:

(1)    On or before **June 17, 2015**, you or your lawyer must file with the Bankruptcy Court a written objection to the Motion explaining your position, at:

> Clerk of the Court
> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, Utah 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **June 17, 2015**. At the same time, you must also serve a copy of the objection so as to be received by that date by (i) counsel for the Debtor, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111; and (ii) Peter Kuhn, Esq., Office of the United States Trustee, 405 S. Main St., Suite 300, Salt Lake City, Utah 84111.

(2)    Attend the hearing on the Filed Documents which is set for **June 18, 2015**, at the hour of **10:30 a.m**. before the Honorable Joel T. Marker, in his Courtroom in the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101. Failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated this 8th day of June, 2015

                                          MILLER TOONE, P.C.

                                          /s/ Deborah R. Chandler
                                          Deborah R. Chandler
                                          Blake D. Miller
                                          165 South Regent Street
                                          Salt Lake City, Utah 84111