Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
         chandler@millertoone.com

Proposed Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**FINGER LICKIN' BRANDS, LLC**<br><br>Debtor. | **Bankruptcy Case No. 15-24141**<br>**Chapter 11**<br><br>**Honorable Joel T. Marker**<br><br>**(Filed Electronically)** |
|---|---|

### NOTICE OF DEBTOR'S OBJECTION TO SMALL BUSINESS DESIGNATION AND NOTICE OF OPPORTUNITY FOR HEARING

(Objection Deadline: July 7, 2015)
(Hearing Date: July 13, 2015 at 3 p.m.)

PLEASE TAKE NOTICE that the Debtor's Objection to Small Business Designation [Docket No. 25] has been filed with the United States Bankruptcy Court for the District of Utah. Copies of the Objection to Small Business Designation are available from the Court or from undersigned counsel.

**Your rights may be affected. You should read these papers carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Objection to Small Business Designation filed by Debtor requests authority for the Debtor to proceed in this case outside the small business designation which provides for shortened timeframes for submitting a Plan and Disclosure Statement, and for obtaining confirmation of the same.

If you do not want the Court to grant the relief sought, then:

(1)     on or before June 11, 2015, you or your lawyer must file with the Bankruptcy Court a written objection explaining your position, at:

> Clerk of the Court
> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, Utah 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before July 7, 2015. At the same time, you must also serve a copy of the objection so as to be received by that date by (i) counsel for the Debtor, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111; and (ii) Peter H. Kuhn, Office of the United States Trustee, 405 S. Main St., Suite 300, Salt Lake City, Utah 84111.

(2)     attend the hearing on the Applications which is set for July 13, 2015, at the hour of 3:00 p.m. before Judge Joel T. Marker, Courtroom 341, 350 South Main Street, Salt Lake City, Utah 84101. Failure to attend the hearing will be deemed a waiver of your objection.

2

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Objection to Small Business Designation and may enter an order granting that relief.

In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Applications without a hearing.

DATED this 15th day of June 2015.

                                            MILLER TOONE, P.C.

                                            */s/Deborah R. Chandler*
                                            Blake D. Miller
                                            Deborah R. Chandler

## CERTIFICATE OF SERVICE—BY NOTICE OF ELECTRONIC FILING (CM/ECF) AND MAIL TO MAILING MATRIX

I hereby certify that on June 15, 2015, I electronically filed the foregoing **NOTICE OF DEBTOR'S OBJECTION TO SMALL BUSINESS DESIGNATION AND NOTICE OF HEARING** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- *Deborah Rae Chandler*    *chandler@millertoone.com*
- *Peter J. Kuhn tr*    *Peter.J.Kuhn@usdoj.gov*,
  *James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov*
- *Blake D. Miller*    *miller@millertoone.com, miller@ecf.inforuptcy.com*
- *United States Trustee*    *USTPRegion19.SK.ECF@usdoj.gov*
- *Brooke Johnson*    *brjohnson@strongandhanni.com*
- *Casey Jones*    *cjones@stronandhanni.com*
- *Michael Thomson*    *thomson.michael@dorsey.com*
- *Tim Dance*    *tdance@swlaw.com*

I further certify that on June 15, 2015, I caused to be served true and correct copies of the foregoing by regular first class United States mail, postage fully pre-paid, addressed to all parties as set forth herein listed on the Official Court Mailing Matrix dated June 15, 2015, attached hereto.

                                                 Miller Toone, P.C.

                                                 */s/Deborah R. Chandler*
                                                 Blake D. Miller
                                                 Deborah R. Chandler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 15-24141<br>District of Utah<br>Salt Lake City<br>Mon Jun 15 11:54:40 MDT 2015 | ADT Security Service<br>PO Box 650485<br>Dallas, TX 75265-0485 | ALSCO<br>2254 E. Braniff St.<br>Boise, ID 83716-9613 |
| Aaron Salisbury<br>3384 W. 500 S.<br>Vernal, UT 84078-8789 | Ace HVAC, LLC<br>PO Box 292<br>Stockton, UT 84071-0292 | Ace Recycling & Disposal<br>PO Box 2608<br>Salt Lake City, UT 84110-2608 |
| Adam M Christensen<br>734 W. 500 N.<br>Vernal, UT 84078-8322 | Affordable Restaurant Service<br>461 W. Century Drive<br>Salt Lake City, UT 84123-2535 | Airgas National Carbonation<br>3101 Stafford Drive<br>Charlotte, NC 28208-3572 |
| Alejandro Alvarado<br>301 N Main St Trlr 145<br>Layton, UT 84041-2245 | Alexis Bennett<br>123 Ray St.<br>Ogden, UT 84404-4231 | Alpine Lock & Safe<br>67 W. Main Street<br>American Fork, UT 84003-2317 |
| Alyssa S Jacobo<br>803 Cook St<br>Apt 1<br>Ogden, UT 84404-6727 | AmTrust Financial North America<br>PO Box 6939<br>Cleveland, OH 44101-1939 | Ambiance Radio<br>79 E. Daily Drive, Ste 263<br>Camarillo, CA 93010-5807 |
| Andrew Mestek<br>1381 S. Cheyenne St<br>Salt Lake City, UT 84104-3407 | Andrew Vredeveld<br>918 N 1500 W<br>Salt Lake City, UT 84116-2027 | Anna Campbell<br>1135 Rue Ann Ct<br>Ogden, UT 84401-1935 |
| Annie Kempton<br>24 N 750 E<br>Bountiful, UT 84010-3633 | Badham & Associates Construction Co.<br>125 North 640 West<br>North Salt Lake, UT 84054-2712 | Bagley Ice and Carbonic Inc.<br>225 W Paramount Ave.<br>Salt Lake City, UT 84115-5215 |
| Basin Radio Network<br>PO Box 1210<br>Cody, WY 82414-1210 | Baylee O Walker<br>501 Red Ryder Drive<br>Gillette, WY 82718-4154 | Berkeley North Pacific<br>Dept 2108<br>Denver, CO 80271-0001 |
| Bernard Pearson<br>976 Liberty Ave<br>Ogden, UT 84404 | Boulder County Treasurer<br>PO Box 471<br>Boulder, CO 80306-0471 | Boyer Quarry Bend, LC<br>90 South 400 West<br>Suite 200<br>Salt Lake City, UT 84101-1365 |
| Bradley D. Zentner<br>94 Sandy Trail<br>Rozet, WY 82727 | Brandon R Nielson<br>1960 E 2500 S<br>Vernal, UT 84078-9119 | Breana C Lemer<br>156 E. 1150 S.<br>Vernal, UT 84078-4780 |

| | | |
|---|---|---|
| Buffo's<br>155 South Freedom Blvd<br>Provo, UT 84601-4438 | Butters Investments<br>10227 Mystic Creek Bay<br>South Jordan, UT 84095-4698 | C & J Gravel Products<br>27661 Highway 160<br>Durango, CO 81301-7968 |
| Cameron Jones<br>1366 W. Glenrose Drive<br>Salt Lake City, UT 84104-3221 | Canyon Slope West, LLC<br>PO Box 982500<br>Park City, UT 84098-2500 | Carmen Ferrin<br>263 W 1000 N<br>Farmington, UT 84025-3724 |
| Casidy Ivie<br>3880 W Main Street<br>Vernal, UT 84078-8939 | Cedric Deherrera<br>1008 E Millcreek Way<br>Salt Lake City, UT 84106-2089 | CenturyLink<br>PO Box 29040<br>Phoenix, AZ 85038-9040 |
| Certified Refrigeration<br>255 Blue Lakes N., PMB 575<br>Twin Falls, ID 83301-5238 | Deborah Rae Chandler<br>Miller Toone, P.C.<br>165 Regent Street<br>Salt Lake City, UT 84111-1903 | ChefTek Inc<br>13762 Colorado Blvd<br>#124-180<br>Brighton, CO 80602-6914 |
| Chris Layton & Associates<br>2005 East 2700 South<br>Suite 200<br>Salt Lake City, UT 84109-1766 | City of Aurora<br>15151 Alameda Pkwy<br>Suite 5700<br>Aurora, CO 80012-1555 | City of Gillette<br>201 East 5th Street<br>PO Box 3003<br>Gillette, WY 82717-3003 |
| City of Lakewood<br>Revenue Division<br>PO Box 17479<br>Denver, CO 80217-0479 | City of Louisville<br>749 Main Street<br>Louisville, CO 80027-1829 | Clay Ferrin<br>261 Quail Flight<br>Farmington, UT 84025-3728 |
| Collin Gifford<br>4256 S. 2975 W.<br>Roy, UT 84067-9600 | Colorado Department of Revenue<br>PO Box 13200<br>Suite 200<br>Denver, CO 80201-4600 | Comcast<br>P.O. Box 34744<br>Seattle, WA 98124-1744 |
| Community Coffee Company<br>PO Box 60141<br>New Orleans, LA 70160-0141 | Complete Fire Protection<br>2111 South Jason Street<br>Broomfield, CO 80023 | Corporate Services Consultants LLC<br>PO Box 1048<br>Dandridge, TN 37725-1048 |
| Courtney Wangler<br>205 Wild Bronc Way<br>Gillette, WY 82718 | Coy B Rumfelt<br>107 W Valley Drive<br>Gillette, WY 82716-2856 | Cumulus<br>PO Box 645190<br>Cincinnati, OH 45264-0310 |
| DDR Fort Union I & II LLC<br>3300 Enterprise Parkway<br>Beachwood, OH 44122-7200 | DMX Inc<br>PO Box 6027777<br>Charlotte, NC 28260 | Tim Dance<br>Snell & Wilmer<br>15 W. South Temple<br>Suite 1200<br>Salt Lake City, UT 84101-1547 |

Dave Michelson
836 Cambridge Drive
North Salt Lake, UT 84054-6113

Debbie A Beagley
1540 Liberty Ave
Ogden, UT 84404-5909

Deep South Holdings
2417 Birch Cove
Salt Lake City, UT 84121


Destiny Irwin
4 Fawn Ct
Gillette, WY 82718-7251

Dex Media Holdings Inc
1649 East 1400 South
Suite 130
Clearfield, UT 84015-2483

Dickey's Barbecue Restaurants, Inc.
c/o Timothy J. Dance
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1547


Dickeys Barbecue Restaurants Inc
4514 Cole Ave
Suite 1015
Dallas, TX 75205-5449

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Done Service Group
541 Norfolk Street
Aurora, CO 80011-9348


Drayke Williams
152 Showber Rd
Gillette, WY 82718-8822

Eddie Gudino
2075 Tyler Ave
Ogden, UT 84401-0740

Elaine Archuleta
1228 E. Waterside Cove
Apt 12
Midvale, UT 84047-4291


Elijah Uribe-Winzeler
1011 Church Ave
Apt F
Gillette, WY 82716-5190

Elite Hood Cleaning Company
3954 South Joplin Way
Aurora, CO 80013-2766

Emily Smith
3770 W 2925 S
Salt Lake City, UT 84120-6361


Erin S Worrell
2645 E 7800 S
Ogden, UT 84405-9204

Estate of Rex Gale
83 Timber Lakes
Heber City, UT 84032-9653

Excel Trust
17140 Bernardo Center Drive
Suite 300
San Diego, CA 92128-2000


Federal Safety Supplies
616 Corporate Way
Suite 2-5826
Valley Cottage, NY 10989-2044

Finau L Tuiaki
210 E 600 S
Unit 1106
Vernal, UT 84078-3339

Finger Lickin' Brands, LLC
461 W Century Drive
Salt Lake City, UT 84123-2535


First Digital
P.O. Box 1499
Salt Lake City, UT 84110-1499

Foreign Series LLC
c/o Craig Wilcox
PO Box 511
Rifle, CO 81650-0511

Isaac M. Gabriel
Quarles and Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391


Gabriella H Mestek
1381 S. Cheyenne St
Salt Lake City, UT 84104-3407

Gardner Town Center Bldg A
90 South 400 West
Suite 360
Salt Lake City, UT 84101-1365

Gazoozle Inc
1118 Chestnut Street
Suite 101
Burbank, CA 91506-1625


Hannah Coleman
342 S 1350 W
Vernal, UT 84078-3200

Heather Cornelius
PO Box 3299
Gillette, WY 82717-3299

Heather L Atwood
866 E. 575 N.
Layton, UT 84041-3334

High Mark Intermountain Inc
5961 East 38th Ave
Denver, CO 80207-1252

Humana
c/o Kanawha Insurance Co
PO Box 371494
Pittsburgh, PA 15250-7494

Integrated Accounting
1483 Ridgeline Drive
Ste 200
Ogden, UT 84405-4977

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isaac M. Gabriel, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Isignz & Awnings
3651 South 700 West
Salt Lake City, UT 84119-4121

Ivan Contreras
530 Leona Lane
Salt Lake City, UT 84107-2937

Jami L Gaume
789 Mountain View Drive
Centerville, UT 84014-1340

Jason Barfuss
3027 Adams Ave
Apt 2
Ogden, UT 84403-0644

Jay Norman
1107 Stanley Ave
Gillette, WY 82716-5086

Jaysea Boney
2762 Jackson Ave
Ogden, UT 84403-0263

Jeffrey A Dowdy
8752 S. Yosemite St
Salt Lake City, UT 84124

John Gilleland
630 Dreamy Draw
Durango, CO 81303-6100

John J Bojan
219 Converse St
Moorcroft, WY 82721

John Thomson
2417 Royal Birch Cove
Sandy, UT 84093-6508

Brooke Johnson
Strong & Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111-3110

Johnson Law Firm
2036 Lincoln Ave
Sute 102
Ogden, UT 84401-6515

Casey W. Jones
Strong and Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111-3110

Jordan Carlin
14114 Hwy 51
Gillette, WY 82716

Jose Lopez
5288 W. Dewflower Ct.
Salt Lake City, UT 84118-7534

Jose Nieves
210 E 100 S
Meadow, UT 84644

Justin T Barrick
8118 S Cottonwood Hills Cir
Sandy, UT 84094-0868

Kelsie M Kendall
2274 N 10 W
Centerville, UT 84014

Keven Parks
166 N 600 W
Apt B
Salt Lake City, UT 84116-3462

Koford Holdings
920 Chambers St, #11
Ogden, UT 84403-5155

Krause Construction
5701 South 900 East
Ogden, UT 84405-4982

Kristy Bomstead
1454 E 1250 S
Ogden, UT 84404-6539

Peter J. Kuhn tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Lakotta Pritchard
11 Peacefull Valley Dr
Gillette, WY 82716

Lauren M Bolton
151 Tahor lane
Gillette, WY 82718-5793

| | | |
|---|---|---|
| Layton Lube Inc<br>3548 North 2375 East<br>Layton, UT 84040-8462 | LeBaron & Jensen PC<br>476 West Heritage Park Blvd<br>Suite 200<br>Layton, UT 84041-5679 | Linda Mestek<br>1381 Cheyenne St<br>Salt Lake City, UT 84104-3407 |
| Timothy M. Lupinacci<br>420 North 20th Street<br>1400 Wells Fargo Tower<br>Birmingham, AL 35203 | Maikolo Pupua<br>910 E Canyon Ridge Way #30<br>Midvale, UT 84047-4450 | Margrethe Montanares<br>3770 S 500 E<br>Salt Lake City, UT 84106-1130 |
| Marshall K Bingham<br>2320 N 1500 W<br>Vernal, UT 84078-9633 | Mason N Bonar<br>3706 Blue Ave<br>Gillette, WY 82718-5733 | Mathew Valdez<br>1375 Gilmor Drvie<br>Salt Lake City, UT 84105-1602 |
| Michael F. Thomson, Esq.<br>DORSEY & WHITNEY LLP<br>Kearns Building<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT 84101-1685 | Microsoft Corporation<br>PO Box 842103<br>Dallas, TX 75284-2103 | Mikaela M Ingraham<br>102 W 1100 N<br>Farmington, UT 84025-3725 |
| Blake D. Miller<br>Miller Toone, P.C.<br>165 Regent Street<br>Salt Lake City, UT 84111-1903 | Miller MDH Buckingham LLC<br>PO Box 912448<br>Denver, CO 80291-2448 | Mills Publishing<br>772 East 3300 South<br>Salt Lake City, UT 84106-4618 |
| Mobo Systems<br>19 Fulton Street, Suite 406<br>New York, NY 10038-2124 | Model Linen<br>P.O. Box 1669<br>Ogden, UT 84402-1669 | Moreton & Company<br>709 E South Temple<br>Salt Lake City, UT 84102-1205 |
| Mount Olympus Water<br>P.O. Box 25426<br>Salt Lake City, UT 84125-0426 | Mountain Alarm<br>Dept 212<br>PO Box 30015<br>Salt Lake City, UT 84130-0015 | NCR Corporation<br>PO Box 198755<br>Atlanta, GA 30384-8755 |
| National Equipment Corporation<br>PO Box 540180<br>North Salt Lake, UT 84054-0180 | Nicholas & Company, Inc.<br>PO Box 45005<br>Salt Lake City, UT 84145-0005 | Nikko Meza<br>1189 N 2150 W<br>Layton, UT 84041-2074 |
| NuCO2<br>2800 SE Market Place<br>Stuart, FL 34997-4965 | NuCo2<br>PO Box 9011<br>Stuart, FL 34995-9011 | Ogden Commons, LLC<br>1178 Legacy Cross Blvd<br>Suite 100<br>Centerville, UT 84014-5520 |
| PI Marketplace LLC<br>c/o Newmark Grubb Acres Asset Services<br>376 East 400 South, Suite 120<br>Salt Lake City, UT 84111-2952 | PacifiCorp dba Rocky Mountain Power/Pacific<br>Attn: Bankruptcy<br>P.O. Box 25308<br>Salt Lake City, UT 84125-0308 | Pamela S Jordan<br>796 Pheasantbrook Cir<br>Centerville, UT 84014-1416 |

Paymentech
14221 Dallas Parkway
Dallas, TX 75254-2942

Peak Alarm Co., Inc.
P.O Box 27127
Salt Lake City, UT 84127-0127

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Playnetwork Inc
PO Box 809198
Chicago, IL 60680-9198

Powder Basin Shopping Center
c/o Arcadia Management Group
3550 Central Avenue, Suite 550
Phoenix, AZ 85012-2107

Protection One
P.O. Box 49292
Wichita, KS 67201-9292

QualServ
PO Box 6536
Fort Smith, AR 72906-6536

Quality Pest Control
116 Sunny Ridge Lane
Bailey, CO 80421-2155

Questar Gas
PO Box 45360
Salt Lake City, UT 84145-0360

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110-3194

RBS Worldpay
600 Morgan Falls Road
Atlanta, GA 30350-5810

RESCO
230 West 700 South
Salt Lake City, UT 84101-2714

Rapid Fire Protection Inc
1805 Samco Road
Rapid City, SD 57702-9372

Raven Kennedy
2203 W 2475 N
Clearfield, UT 84015-4203

Ray Quinney & Nebeker
36 South State Street
Salt Lake City, UT 84111-1451

Renee B. Weiss, Esquire DDR Corp.
3300 Enterprise Parkway
PO Box 228042
Beachwood, OH 44122-8042

Renegade Oil
1141 South 3200 West
Salt Lake City, UT 84104-4562

Rewards Network
2 North Riverside Plaza
Suite 200
Chicago, IL 60606-2677

Robert Joseph
1686 N 1500 W Apt 1
Layton, UT 84041-1855

Rocky Mountain Business Products
2020 South Pontiac Way
Denver, CO 80224-2412

Rolando Briones
8928 S. Rockwell Drive
Midvale, UT 84047

SYSCO Denver
5000 Beeler Street
Denver, CO 80238-2975

SYSCO Intermountain Inc
PO Box 27638
Salt Lake City, UT 84127-0638

Salt Lake County Assessor's Office
2001 S. State St. #N2300
Salt Lake City, UT 84190-0001

Sarah Rueschoff
2701 Dove Road
Gillette, WY 82718-7104

Scott A Miller
835 E 400 S
Springville, UT 84663-2322

SelectHealth
P.O. Box 27368
Salt Lake City, UT 84127-0368

Sharon Ciarmataro
189 S Main Street Trlr 68
Layton, UT 84041-3776

Shelby Bachtold
5202 Force Rd
Gillette, WY 82718-8424

Shelby Long
2300 Lodahl Ave
Gillette, WY 82718-5720

Skyler C Reardon
3302 W 4150 S
Ogden, UT 84401-8604

Snagajob
4851 Lake Brook Drive
Glen Allen, VA 23060-9233

SourceGas Distribution
PO Box 660474
Dallas, TX 75266-0474

South Valley Sewer District
874 E 12400 S.
Draper, UT 84020-9320

South Valley Water Reclamation Facility
c/o Express Recovery Services
PO Box 26415
Salt Lake City, UT 84126-0415

Southwest Plumbing
3102 W Appian Cove
Salt Lake City, UT 84129-2216

Spendgo
PO Box 1840
Cupertino, CA 95015-1840

Sports Boosters Inc.
9320 Chesapeake Drive
#118
San Diego, CA 92123-1021

Standard Wood
155 1/2 West 3300 South
Salt Lake City, UT 84115-3703

State Farm Insurance
PO Box 680001
Dallas, TX 75368-0001

State Fire DC Specialties
240 West 3680 South
Salt Lake City, UT 84115-4332

State of Wyoming Department of Revenue
122 West 25th Street
Cheyenne, WY 82002-0110

Station Park CenterCal LLC
PO Box 410041
Salt Lake City, UT 84141-0041

Stephen R Miller
1213 S 2970 E
Spanish Fork, UT 84660-5051

Strata Networks
PO Box 400
Roosevelt, UT 84066-0400

Sydney Colson
4304 Hidden Valley Road
Gillette, WY 82718-8496

Talor Chope
219 Converse St
Moorcroft, WY 82721

Taylor L Juiliano
866 E 575 N
Layton, UT 84041-3334

Taylor Reynolds
420 W 400 N
Vernal, UT 84078-1952

Teresa Torres
3510 S 300 E Apt N
Salt Lake City, UT 84115

The David Reilly Legacy Trust
3233 Martha Cove
Sandy, UT 84093-2156

The Gillette News Record
121 West Second Street
Gillette, WY 82716

Thomas Reprographics
PO Box 6899
Vero Beach, FL 32961-6899

Michael F. Thomson
Dorsey & Whitney LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

Timothy A Brown
106 E Valley Drive
Gillette, WY 82716-2853

Transactional Web
4009 Old Denton Road, Suite 114
PMB 194
Carrollton, TX 75007-1022

Trevor R Wade
1347 Carrie Drive
Kaysville, UT 84037-2333

Tyler George
1867 Bosham Lane
Salt Lake City, UT 84106-4055

UniFirst
c/o Becker Rodman & Associates
1468 E Lebanon Road
Dover, DE 19901-5833

Unique Management Solutions, LLC
1873 Bellaire Street, Ste 800
Denver, CO 80222-4338

| | | |
|---|---|---|
| United Healthcare<br>Dept CH 10151<br>Palatine, IL 60055-0001 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | University Festival LLC<br>575 East University Parkway<br>Suite N-260<br>Orem, UT 84097-7582 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Veronica Gomez<br>242 E Creststone Ave<br>Salt Lake City, UT 84115-3982 | Vincent A LeMaster<br>908 Pioneer Ave<br>Gillette, WY 82718-7526 |
| W Craig Richardson<br>2817 W 7268 S<br>West Jordan, UT 84084-2954 | W Michael Murden<br>973 E Creekhill Lane #31<br>Midvale, UT 84047-2366 | Waste Connections<br>7120 South Jordan Road<br>Englewood, CO 80112-4201 |
| Weber County Assessor<br>2380 Washington Blvd<br>Suite 380<br>Ogden, UT 84401-1471 | Wells Fargo<br>PO Box 1450<br>Minneapolis, MN 55485-1450 | West Coast Business Brokers<br>102 S. 200 E.<br>Suite 800<br>Salt Lake City, UT 84111-3110 |
| West Coast Business Brokers<br>211 Boston Drive<br>North Salt Lake, UT 84054-6076 | West Coast Business Brokers<br>c/o Strong & Hanni<br>102 S. 200 E. Suite 800<br>Salt Lake City, UT 84111-3110 | William J Buessler<br>408 Meadow Rose Ave<br>Gillette, WY 82716-6601 |
| William Tibbetts<br>190 W 1050 N<br>Layton, UT 84041-5008 | Woodbury Corporation<br>2733 East Parleys Way<br>Suite 300<br>Salt Lake City, UT 84109-1661 | Workers Compensation Fund<br>PO Box 2227<br>Sandy, UT 84091-2227 |
| Wyoming Department of Revenue<br>122 West 25th Street<br>Cheyenne, WY 82001-3004 | YESCO<br>PO Box 11676<br>Tacoma, WA 98411-6676 | Zoey M Stafne<br>7010 Greensburgh Ave<br>Gillette, WY 82718-7499 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
P.O. Box 60036
Los Angeles, CA 90060

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dickey's Barbecue Restaurants, Inc.        (u)Lenovo Financial Services                    (u)Rewards Network Establishment Services Inc
                                               PO Box 100706
                                               CA 91186


(u)William Mokelbust                           End of Label Matrix
                                               Mailable recipients    230
                                               Bypassed recipients      4
                                               Total                  234

Case 15-24141    Doc 62    Filed 06/15/15    Entered 06/15/15 17:20:22    Desc Main
Document    Page 14 of 14