Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com

Proposed Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**Finger Lickin' Brands, LLC**<br><br>Debtor. | **Bankruptcy Case No. 15-24141**<br>**Chapter 11**<br><br>**Honorable Joel T. Marker**<br><br>**(Filed Electronically)** |

*NOTICE OF (1) MOTION FOR CONSOLIDATION OF DEBTORS AFFILIATED CASES, and (2) MOTION TO APPROVE SALE OF CERTAIN DICKEY'S BARBECUE PIT FRANCHISED RESTAURANTS, AND NOTICE OF HEARING*

**(HEARING: MONDAY, JULY 13, 2015 at 3:00 p.m.)**
**(OBJECTIONS DUE: TUESDAY, JULY 7, 2015)**

**PLEASE TAKE NOTICE** that the Debtor, by and through its undersigned counsel, has filed the following motions with the United States Bankruptcy Court for the District of Utah:

1. *Motion for Substantive Consolidation of Debtors' Affiliated Chapter 11 Cases;* and

2. *Motion to Approve Sale of Certain Dickey's Barbecue Pit Franchised Restaurants*

You may obtain a copy of the aforementioned motions from the Court's PACER documents access system, or upon written request at any time before the hearing from Blake

Miller, Miller Toone, P.C., 165 Regent Street, Salt Lake City, Utah 84111, miller@millertoone.com.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Debtor's Motion for Substantive Consolidation of Debtors' Affiliated Chapter 11 Cases seeks a court order substantively consolidating the estates of Finger Lickin' Brands, LLC, the Debtor in Case No. 15-24141, Big Barbecue Restaurant Group, LLC, the Debtor in Case No. 15-24143, and Bungalow Holdings, LLC, the Debtor in Case No. 15-24144 (collectively, "the Debtors") effective as of the date the Debtors filed their Chapter 11 petitions. The cases would be consolidated into the lowest case number, 15-24141, Finger Licking Brands, LLC, which is also the entity conducting all current business operations.

Debtor's Motion to Approve Sale of Certain Dickey's Barbecue Pit Franchised Restaurants seeks seek to sell, pursuant to 11 U.S.C. § 363, outside the ordinary course of business, two Dickey's Barbecue Pit restaurants: the Gillette, Wyoming location and the Farmington, Utah location through those certain Offers to Purchase attached to the Motion, subject to higher and better offers, free and clear of all interests, liens, claims and encumbrances with any and all such interests, liens, claims and encumbrances to attach to the proceeds of the sale, and that the order approving the sale be effective upon entry pursuant to Rule 6004(h). Neither Buyer is a related party to the Debtor or affiliated. Pursuant to the Offer to Purchase, the Gillette, Wyoming store would be sold for $420,000, to be paid at time of the sale. The Farmington, Utah location would

be sold for $200,000, with $53,000 being paid at the time of sale. The remaining amount would be seller financed through a seven (7) year note.

**PLEASE TAKE NOTICE** that the hearing on the preceding motions will be held on **July 13, 2015 at 3:00 p.m.** before the Honorable Joel T. Marker in the Frank E. Moss United States Courthouse, 350 Main Street, Salt Lake City, Utah 84101.

If you do not want the Court to grant the final relief sought in the Motions, then:

(1)     On or before **July 7, 2015**, you or your lawyer must file with the Bankruptcy Court a written objection to the Motion explaining your position, at:

> Clerk of the Court
> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, Utah 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **July 7, 2015**. At the same time, you must also serve a copy of the objection so as to be received by that date by (i) counsel for the Debtor, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111; and (ii) Peter Kuhn, Esq., Office of the United States Trustee, 405 S. Main St., Suite 300, Salt Lake City, Utah 84111.

(2)     Attend the hearing on the Filed Documents which is set for **July 13, 2015**, at the hour of **3:00 p.m.** before the Honorable Joel T. Marker, in his Courtroom in the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101. Failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated this 15th day of June, 2015

MILLER TOONE, P.C.

/s/ Deborah R. Chandler
Deborah R. Chandler
Blake D. Miller
165 South Regent Street
Salt Lake City, Utah 84111

### CERTIFICATE OF SERVICE—BY NOTICE OF ELECTRONIC FILING (CM/ECF) AND MAIL TO MAILING MATRIX

I hereby certify that on June 15, 2015, I electronically filed the foregoing **NOTICE OF DEBTOR'S OBJECTION TO SMALL BUSINESS DESIGNATION AND NOTICE OF HEARING** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- *Deborah Rae Chandler*   chandler@millertoone.com
- *Peter J. Kuhn tr*   Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
- *Blake D. Miller*   miller@millertoone.com, miller@ecf.inforuptcy.com
- *United States Trustee*   USTPRegion19.SK.ECF@usdoj.gov
- *Brooke Johnson*   brjohnson@strongandhanni.com
- *Casey Jones*   cjones@stronandhanni.com
- *Michael Thomson*   thomson.michael@dorsey.com
- *Tim Dance*   tdance@swlaw.com

I further certify that on June 15, 2015, I caused to be served true and correct copies of the foregoing by regular first class United States mail, postage fully pre-paid, addressed to all parties as set forth herein listed on the Official Court Mailing Matrix dated June 15, 2015, attached hereto.

Miller Toone, P.C.

/s/Deborah R. Chandler
Blake D. Miller
Deborah R. Chandler

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 15-24141<br>District of Utah<br>Salt Lake City<br>Mon Jun 15 11:54:40 MDT 2015 | ADT Security Service<br>PO Box 650485<br>Dallas, TX 75265-0485 | ALSCO<br>2254 E. Braniff St.<br>Boise, ID 83716-9613 |
| Aaron Salisbury<br>3384 W. 500 S.<br>Vernal, UT 84078-8789 | Ace HVAC, LLC<br>PO Box 292<br>Stockton, UT 84071-0292 | Ace Recycling & Disposal<br>PO Box 2608<br>Salt Lake City, UT 84110-2608 |
| Adam M Christensen<br>734 W. 500 N.<br>Vernal, UT 84078-8322 | Affordable Restaurant Service<br>461 W. Century Drive<br>Salt Lake City, UT 84123-2535 | Airgas National Carbonation<br>3101 Stafford Drive<br>Charlotte, NC 28208-3572 |
| Alejandro Alvarado<br>301 N Main St Trlr 145<br>Layton, UT 84041-2245 | Alexis Bennett<br>123 Ray St.<br>Ogden, UT 84404-4231 | Alpine Lock & Safe<br>67 W. Main Street<br>American Fork, UT 84003-2317 |
| Alyssa S Jacobo<br>803 Cook St<br>Apt 1<br>Ogden, UT 84404-6727 | AmTrust Financial North America<br>PO Box 6939<br>Cleveland, OH 44101-1939 | Ambiance Radio<br>79 E. Daily Drive, Ste 263<br>Camarillo, CA 93010-5807 |
| Andrew Mestek<br>1381 S. Cheyenne St<br>Salt Lake City, UT 84104-3407 | Andrew Vredeveld<br>918 N 1500 W<br>Salt Lake City, UT 84116-2027 | Anna Campbell<br>1135 Rue Ann Ct<br>Ogden, UT 84401-1935 |
| Annie Kempton<br>24 N 750 E<br>Bountiful, UT 84010-3633 | Badham & Associates Construction Co.<br>125 North 640 West<br>North Salt Lake, UT 84054-2712 | Bagley Ice and Carbonic Inc.<br>225 W Paramount Ave.<br>Salt Lake City, UT 84115-5215 |
| Basin Radio Network<br>PO Box 1210<br>Cody, WY 82414-1210 | Baylee O Walker<br>501 Red Ryder Drive<br>Gillette, WY 82718-4154 | Berkeley North Pacific<br>Dept 2108<br>Denver, CO 80271-0001 |
| Bernard Pearson<br>976 Liberty Ave<br>Ogden, UT 84404 | Boulder County Treasurer<br>PO Box 471<br>Boulder, CO 80306-0471 | Boyer Quarry Bend, LC<br>90 South 400 West<br>Suite 200<br>Salt Lake City, UT 84101-1365 |
| Bradley D. Zentner<br>94 Sandy Trail<br>Rozet, WY 82727 | Brandon R Nielson<br>1960 E 2500 S<br>Vernal, UT 84078-9119 | Breana C Lemer<br>156 E. 1150 S.<br>Vernal, UT 84078-4780 |

Buffo's
155 South Freedom Blvd
Provo, UT 84601-4438

Butters Investments
10227 Mystic Creek Bay
South Jordan, UT 84095-4698

C & J Gravel Products
27661 Highway 160
Durango, CO 81301-7968

Cameron Jones
1366 W. Glenrose Drive
Salt Lake City, UT 84104-3221

Canyon Slope West, LLC
PO Box 982500
Park City, UT 84098-2500

Carmen Ferrin
263 W 1000 N
Farmington, UT 84025-3724

Casidy Ivie
3880 W Main Street
Vernal, UT 84078-8939

Cedric Deherrera
1008 E Millcreek Way
Salt Lake City, UT 84106-2089

CenturyLink
PO Box 29040
Phoenix, AZ 85038-9040

Certified Refrigeration
255 Blue Lakes N., PMB 575
Twin Falls, ID 83301-5238

Deborah Rae Chandler
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

ChefTek Inc
13762 Colorado Blvd
#124-180
Brighton, CO 80602-6914

Chris Layton & Associates
2005 East 2700 South
Suite 200
Salt Lake City, UT 84109-1766

City of Aurora
15151 Alameda Pkwy
Suite 5700
Aurora, CO 80012-1555

City of Gillette
201 East 5th Street
PO Box 3003
Gillette, WY 82717-3003

City of Lakewood
Revenue Division
PO Box 17479
Denver, CO 80217-0479

City of Louisville
749 Main Street
Louisville, CO 80027-1829

Clay Ferrin
261 Quail Flight
Farmington, UT 84025-3728

Collin Gifford
4256 S. 2975 W.
Roy, UT 84067-9600

Colorado Department of Revenue
PO Box 13200
Suite 200
Denver, CO 80201-4600

Comcast
P.O. Box 34744
Seattle, WA 98124-1744

Community Coffee Company
PO Box 60141
New Orleans, LA 70160-0141

Complete Fire Protection
2111 South Jason Street
Broomfield, CO 80023

Corporate Services Consultants LLC
PO Box 1048
Dandridge, TN 37725-1048

Courtney Wangler
205 Wild Bronc Way
Gillette, WY 82718

Coy B Rumfelt
107 W Valley Drive
Gillette, WY 82716-2856

Cumulus
PO Box 645190
Cincinnati, OH 45264-0310

DDR Fort Union I & II LLC
3300 Enterprise Parkway
Beachwood, OH 44122-7200

DMX Inc
PO Box 6027777
Charlotte, NC 28260

Tim Dance
Snell & Wilmer
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101-1547

| | | |
|---|---|---|
| Dave Michelson<br>836 Cambridge Drive<br>North Salt Lake, UT 84054-6113 | Debbie A Beagley<br>1540 Liberty Ave<br>Ogden, UT 84404-5909 | Deep South Holdings<br>2417 Birch Cove<br>Salt Lake City, UT 84121 |
| Destiny Irwin<br>4 Fawn Ct<br>Gillette, WY 82718-7251 | Dex Media Holdings Inc<br>1649 East 1400 South<br>Suite 130<br>Clearfield, UT 84015-2483 | Dickey's Barbecue Restaurants, Inc.<br>c/o Timothy J. Dance<br>Snell & Wilmer LLP<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1547 |
| Dickeys Barbecue Restaurants Inc<br>4514 Cole Ave<br>Suite 1015<br>Dallas, TX 75205-5449 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Done Service Group<br>541 Norfolk Street<br>Aurora, CO 80011-9348 |
| Drayke Williams<br>152 Showber Rd<br>Gillette, WY 82718-8822 | Eddie Gudino<br>2075 Tyler Ave<br>Ogden, UT 84401-0740 | Elaine Archuleta<br>1228 E. Waterside Cove<br>Apt 12<br>Midvale, UT 84047-4291 |
| Elijah Uribe-Winzeler<br>1011 Church Ave<br>Apt F<br>Gillette, WY 82716-5190 | Elite Hood Cleaning Company<br>3954 South Joplin Way<br>Aurora, CO 80013-2766 | Emily Smith<br>3770 W 2925 S<br>Salt Lake City, UT 84120-6361 |
| Erin S Worrell<br>2645 E 7800 S<br>Ogden, UT 84405-9204 | Estate of Rex Gale<br>83 Timber Lakes<br>Heber City, UT 84032-9653 | Excel Trust<br>17140 Bernardo Center Drive<br>Suite 300<br>San Diego, CA 92128-2000 |
| Federal Safety Supplies<br>616 Corporate Way<br>Suite 2-5826<br>Valley Cottage, NY 10989-2044 | Finau L Tuiaki<br>210 E 600 S<br>Unit 1106<br>Vernal, UT 84078-3339 | Finger Lickin' Brands, LLC<br>461 W Century Drive<br>Salt Lake City, UT 84123-2535 |
| First Digital<br>P.O. Box 1499<br>Salt Lake City, UT 84110-1499 | Foreign Series LLC<br>c/o Craig Wilcox<br>PO Box 511<br>Rifle, CO 81650-0511 | Isaac M. Gabriel<br>Quarles and Brady LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 |
| Gabriella H Mestek<br>1381 S. Cheyenne St<br>Salt Lake City, UT 84104-3407 | Gardner Town Center Bldg A<br>90 South 400 West<br>Suite 360<br>Salt Lake City, UT 84101-1365 | Gazoozle Inc<br>1118 Chestnut Street<br>Suite 101<br>Burbank, CA 91506-1625 |
| Hannah Coleman<br>342 S 1350 W<br>Vernal, UT 84078-3200 | Heather Cornelius<br>PO Box 3299<br>Gillette, WY 82717-3299 | Heather L Atwood<br>866 E. 575 N.<br>Layton, UT 84041-3334 |

High Mark Intermountain Inc
5961 East 38th Ave
Denver, CO 80207-1252

Humana
c/o Kanawha Insurance Co
PO Box 371494
Pittsburgh, PA 15250-7494

Integrated Accounting
1483 Ridgeline Drive
Ste 200
Ogden, UT 84405-4977

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isaac M. Gabriel, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Isignz & Awnings
3651 South 700 West
Salt Lake City, UT 84119-4121

Ivan Contreras
530 Leona Lane
Salt Lake City, UT 84107-2937

Jami L Gaume
789 Mountain View Drive
Centerville, UT 84014-1340

Jason Barfuss
3027 Adams Ave
Apt 2
Ogden, UT 84403-0644

Jay Norman
1107 Stanley Ave
Gillette, WY 82716-5086

Jaysea Boney
2762 Jackson Ave
Ogden, UT 84403-0263

Jeffrey A Dowdy
8752 S. Yosemite St
Salt Lake City, UT 84124

John Gilleland
630 Dreamy Draw
Durango, CO 81303-6100

John J Bojan
219 Converse St
Moorcroft, WY 82721

John Thomson
2417 Royal Birch Cove
Sandy, UT 84093-6508

Brooke Johnson
Strong & Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111-3110

Johnson Law Firm
2036 Lincoln Ave
Sute 102
Ogden, UT 84401-6515

Casey W. Jones
Strong and Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111-3110

Jordan Carlin
14114 Hwy 51
Gillette, WY 82716

Jose Lopez
5288 W. Dewflower Ct.
Salt Lake City, UT 84118-7534

Jose Nieves
210 E 100 S
Meadow, UT 84644

Justin T Barrick
8118 S Cottonwood Hills Cir
Sandy, UT 84094-0868

Kelsie M Kendall
2274 N 10 W
Centerville, UT 84014

Keven Parks
166 N 600 W
Apt B
Salt Lake City, UT 84116-3462

Koford Holdings
920 Chambers St, #11
Ogden, UT 84403-5155

Krause Construction
5701 South 900 East
Ogden, UT 84405-4982

Kristy Bomstead
1454 E 1250 S
Ogden, UT 84404-6539

Peter J. Kuhn tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Lakotta Pritchard
11 Peacefull Valley Dr
Gillette, WY 82716

Lauren M Bolton
151 Tahor lane
Gillette, WY 82718-5793

Layton Lube Inc
3548 North 2375 East
Layton, UT 84040-8462

LeBaron & Jensen PC
476 West Heritage Park Blvd
Suite 200
Layton, UT 84041-5679

Linda Mestek
1381 Cheyenne St
Salt Lake City, UT 84104-3407

Timothy M. Lupinacci
420 North 20th Street
1400 Wells Fargo Tower
Birmingham, AL 35203

Maikolo Pupua
910 E Canyon Ridge Way #30
Midvale, UT 84047-4450

Margrethe Montanares
3770 S 500 E
Salt Lake City, UT 84106-1130

Marshall K Bingham
2320 N 1500 W
Vernal, UT 84078-9633

Mason N Bonar
3706 Blue Ave
Gillette, WY 82718-5733

Mathew Valdez
1375 Gilmor Drvie
Salt Lake City, UT 84105-1602

Michael F. Thomson, Esq.
DORSEY & WHITNEY LLP
Kearns Building
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Microsoft Corporation
PO Box 842103
Dallas, TX 75284-2103

Mikaela M Ingraham
102 W 1100 N
Farmington, UT 84025-3725

Blake D. Miller
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

Miller MDH Buckingham LLC
PO Box 912448
Denver, CO 80291-2448

Mills Publishing
772 East 3300 South
Salt Lake City, UT 84106-4618

Mobo Systems
19 Fulton Street, Suite 406
New York, NY 10038-2124

Model Linen
P.O. Box 1669
Ogden, UT 84402-1669

Moreton & Company
709 E South Temple
Salt Lake City, UT 84102-1205

Mount Olympus Water
P.O. Box 25426
Salt Lake City, UT 84125-0426

Mountain Alarm
Dept 212
PO Box 30015
Salt Lake City, UT 84130-0015

NCR Corporation
PO Box 198755
Atlanta, GA 30384-8755

National Equipment Corporation
PO Box 540180
North Salt Lake, UT 84054-0180

Nicholas & Company, Inc.
PO Box 45005
Salt Lake City, UT 84145-0005

Nikko Meza
1189 N 2150 W
Layton, UT 84041-2074

NuCO2
2800 SE Market Place
Stuart, FL 34997-4965

NuCO2
PO Box 9011
Stuart, FL 34995-9011

Ogden Commons, LLC
1178 Legacy Cross Blvd
Suite 100
Centerville, UT 84014-5520

PI Marketplace LLC
c/o Newmark Grubb Acres Asset Services
376 East 400 South, Suite 120
Salt Lake City, UT 84111-2952

PacifiCorp dba Rocky Mountain Power/Pacific
Attn: Bankruptcy
P.O. Box 25308
Salt Lake City, UT 84125-0308

Pamela S Jordan
796 Pheasantbrook Cir
Centerville, UT 84014-1416

Paymentech
14221 Dallas Parkway
Dallas, TX 75254-2942

Peak Alarm Co., Inc.
P.O Box 27127
Salt Lake City, UT 84127-0127

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Playnetwork Inc
PO Box 809198
Chicago, IL 60680-9198

Powder Basin Shopping Center
c/o Arcadia Management Group
3550 Central Avenue, Suite 550
Phoenix, AZ 85012-2107

Protection One
P.O. Box 49292
Wichita, KS 67201-9292

QualServ
PO Box 6536
Fort Smith, AR 72906-6536

Quality Pest Control
116 Sunny Ridge Lane
Bailey, CO 80421-2155

Questar Gas
PO Box 45360
Salt Lake City, UT 84145-0360

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110-3194

RBS Worldpay
600 Morgan Falls Road
Atlanta, GA 30350-5810

RESCO
230 West 700 South
Salt Lake City, UT 84101-2714

Rapid Fire Protection Inc
1805 Samco Road
Rapid City, SD 57702-9372

Raven Kennedy
2203 W 2475 N
Clearfield, UT 84015-4203

Ray Quinney & Nebeker
36 South State Street
Salt Lake City, UT 84111-1451

Renee B. Weiss, Esquire DDR Corp.
3300 Enterprise Parkway
PO Box 228042
Beachwood, OH 44122-8042

Renegade Oil
1141 South 3200 West
Salt Lake City, UT 84104-4562

Rewards Network
2 North Riverside Plaza
Suite 200
Chicago, IL 60606-2677

Robert Joseph
1686 N 1500 W Apt 1
Layton, UT 84041-1855

Rocky Mountain Business Products
2020 South Pontiac Way
Denver, CO 80224-2412

Rolando Briones
8928 S. Rockwell Drive
Midvale, UT 84047

SYSCO Denver
5000 Beeler Street
Denver, CO 80238-2975

SYSCO Intermountain Inc
PO Box 27638
Salt Lake City, UT 84127-0638

Salt Lake County Assessor's Office
2001 S. State St. #N2300
Salt Lake City, UT 84190-0001

Sarah Rueschoff
2701 Dove Road
Gillette, WY 82718-7104

Scott A Miller
835 E 400 S
Springville, UT 84663-2322

SelectHealth
P.O. Box 27368
Salt Lake City, UT 84127-0368

Sharon Ciarmataro
189 S Main Street Trlr 68
Layton, UT 84041-3776

Shelby Bachtold
5202 Force Rd
Gillette, WY 82718-8424

Shelby Long
2300 Lodahl Ave
Gillette, WY 82718-5720

Skyler C Reardon
3302 W 4150 S
Ogden, UT 84401-8604

Snagajob
4851 Lake Brook Drive
Glen Allen, VA 23060-9233

SourceGas Distribution
PO Box 660474
Dallas, TX 75266-0474

South Valley Sewer District
874 E 12400 S.
Draper, UT 84020-9320

South Valley Water Reclamation Facility
c/o Express Recovery Services
PO Box 26415
Salt Lake City, UT 84126-0415

Southwest Plumbing
3102 W Appian Cove
Salt Lake City, UT 84129-2216

Spendgo
PO Box 1840
Cupertino, CA 95015-1840

Sports Boosters Inc.
9320 Chesapeake Drive
#118
San Diego, CA 92123-1021

Standard Wood
155 1/2 West 3300 South
Salt Lake City, UT 84115-3703

State Farm Insurance
PO Box 680001
Dallas, TX 75368-0001

State Fire DC Specialties
240 West 3680 South
Salt Lake City, UT 84115-4332

State of Wyoming Department of Revenue
122 West 25th Street
Cheyenne, WY 82002-0110

Station Park CenterCal LLC
PO Box 410041
Salt Lake City, UT 84141-0041

Stephen R Miller
1213 S 2970 E
Spanish Fork, UT 84660-5051

Strata Networks
PO Box 400
Roosevelt, UT 84066-0400

Sydney Colson
4304 Hidden Valley Road
Gillette, WY 82718-8496

Talor Chope
219 Converse St
Moorcroft, WY 82721

Taylor L Juiliano
866 E 575 N
Layton, UT 84041-3334

Taylor Reynolds
420 W 400 N
Vernal, UT 84078-1952

Teresa Torres
3510 S 300 E Apt N
Salt Lake City, UT 84115

The David Reilly Legacy Trust
3233 Martha Cove
Sandy, UT 84093-2156

The Gillette News Record
121 West Second Street
Gillette, WY 82716

Thomas Reprographics
PO Box 6899
Vero Beach, FL 32961-6899

Michael F. Thomson
Dorsey & Whitney LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

Timothy A Brown
106 E Valley Drive
Gillette, WY 82716-2853

Transactional Web
4009 Old Denton Road, Suite 114
PMB 194
Carrollton, TX 75007-1022

Trevor R Wade
1347 Carrie Drive
Kaysville, UT 84037-2333

Tyler George
1867 Bosham Lane
Salt Lake City, UT 84106-4055

UniFirst
c/o Becker Rodman & Associates
1468 E Lebanon Road
Dover, DE 19901-5833

Unique Management Solutions, LLC
1873 Bellaire Street, Ste 800
Denver, CO 80222-4338

| | | |
|---|---|---|
| United Healthcare<br>Dept CH 10151<br>Palatine, IL 60055-0001 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | University Festival LLC<br>575 East University Parkway<br>Suite N-260<br>Orem, UT 84097-7582 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Veronica Gomez<br>242 E Creststone Ave<br>Salt Lake City, UT 84115-3982 | Vincent A LeMaster<br>908 Pioneer Ave<br>Gillette, WY 82718-7526 |
| W Craig Richardson<br>2817 W 7268 S<br>West Jordan, UT 84084-2954 | W Michael Murden<br>973 E Creekhill Lane #31<br>Midvale, UT 84047-2366 | Waste Connections<br>7120 South Jordan Road<br>Englewood, CO 80112-4201 |
| Weber County Assessor<br>2380 Washington Blvd<br>Suite 380<br>Ogden, UT 84401-1471 | Wells Fargo<br>PO Box 1450<br>Minneapolis, MN 55485-1450 | West Coast Business Brokers<br>102 S. 200 E.<br>Suite 800<br>Salt Lake City, UT 84111-3110 |
| West Coast Business Brokers<br>211 Boston Drive<br>North Salt Lake, UT 84054-6076 | West Coast Business Brokers<br>c/o Strong & Hanni<br>102 S. 200 E. Suite 800<br>Salt Lake City, UT 84111-3110 | William J Buessler<br>408 Meadow Rose Ave<br>Gillette, WY 82716-6601 |
| William Tibbetts<br>190 W 1050 N<br>Layton, UT 84041-5008 | Woodbury Corporation<br>2733 East Parleys Way<br>Suite 300<br>Salt Lake City, UT 84109-1661 | Workers Compensation Fund<br>PO Box 2227<br>Sandy, UT 84091-2227 |
| Wyoming Department of Revenue<br>122 West 25th Street<br>Cheyenne, WY 82001-3004 | YESCO<br>PO Box 11676<br>Tacoma, WA 98411-6676 | Zoey M Stafne<br>7010 Greensburgh Ave<br>Gillette, WY 82718-7499 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
P.O. Box 60036
Los Angeles, CA 90060

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Dickey's Barbecue Restaurants, Inc. | (u)Lenovo Financial Services<br>PO Box 100706<br>CA 91186 | (u)Rewards Network Establishment Services Inc |
| (u)William Mokelbust | | |

End of Label Matrix
Mailable recipients   230
Bypassed recipients     4
Total                 234