Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com

Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: <br><br>**FINGER LICKIN' BRANDS, LLC dba Dickey's Barbecue Pit of Utah** <br><br>Debtor. | Bankruptcy Case No. 15-24141 <br>Chapter 11 <br><br>Honorable Joel T. Marker <br><br>(Filed Electronically) |
|---|---|

**CERTIFICATE OF SERVICE OF DEBTOR'S MOTION FOR AUTHORIZATION TO OBTAIN CONSTRUCTION LOAN UNDER 364(C) and NOTICE OF HEARING**

I hereby certify that on June 8, 2015, I caused to be served a true and correct copy of the (1) Motion for Authorization to Obtain Construction Loan under 364(c) and (2) Notice of Motion for Authorization to Obtain Construction Loan under 364(c) as follows:

**1.** By electronically filing the documents described above with the United States Bankruptcy Court for the District of Utah using the CM/ECF system, which will send a notice of electronic filing to the following:

• Deborah Rae Chandler, chandler@millertoone.com
• Blake D. Miller miller@millertoone.com, millermobile@gmail.com, miller@ecf.inforuptcy.com, miller.blaked@gmail.com
• Tim Dance tdance@swlaw.com, docket_slc@swlaw.com, snielsen@swlaw.com
• Casey W. Jones cjones@strongandhanni.com, cbecerra@strongandhanni.com
• Peter J. Kuhn tr Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov

- Timothy M. Lupinacci tlupinacci@bakerdonelson.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

    **2.** By first class United States mail, postage fully pre-paid, on June 8, 2015 to the top twenty creditors listed below:

John Thomson
2417 Royal Birch Cove
Sandy, UT 84093

Deep South Holdings
2417 Birch Cove
Salt Lake City, UT 84121

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

C & J Gravel Products
27661 Highway 160
Durango CO 81301

Estate of Rex Gale
83 Timber Lakes
Heber City, UT 84032

John Gilleland
630 Dreamy Draw
Durango CO 81303

Unique Management Solutions, LLC
1873 Bellaire Street, Ste 800
Denver, CO 80222

Gardner Town Center Bldg A
90 South 400 West, Suite 360
Salt Lake City UT 84101

PI Marketplace LLC
c/o Newmark Grubb Acres Asset Services
376 East 400 South, Suite 120
Salt Lake City, UT 84111

SYSCO Intermountain Inc
PO Box 27638
Salt Lake City, UT 84127

Canyon Slope West, LLC
PO Box 982500
Park City UT 84098

Boyer Quarry Bend, LC
90 South 400 West, Suite 200
Salt Lake City, UT 84101

Station Park CenterCal LLC
PO Box 410041
Salt Lake City, UT 84141

Wyoming Department of Revenue
122 West 25th Street
Cheyenne, WY 82001

Dickeys Barbecue Dickeys Barbecue Restaurants Inc
4514 Cole Ave, Suite 1015
Dallas TX 75205

Badham & Associates Construction Co.
125 North 640 West
North Salt Lake, UT 84054

Affordable Restaurant Service
461 W. Century Drive
Salt Lake City, UT 84123

Chris Layton & Associates
2005 East 2700 South, Suite 200
Salt Lake City, UT 84109

2

Rapid Fire Protection Inc
1805 Samco Road
Rapid City, SD 57702

SelectHealth
P.O. Box 27368
Salt Lake City UT 84127

Cottonwood Development Partners
461 West Century Drive
Salt Lake City, UT 84123

DDR Fort Union I & II LLC
3000 Enterprise Parkway
Beachwood, OH 44122

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

Robert E. Crandall Properties
c/o Durham Jones & Pinegar
111 E. Broadway, Ste 900
Salt Lake City, UT 84111

Layton Lube Inc
3548 North 2375 East
Layton, UT 84040

Integrated Accounting
1483 Ridgeline Drive, Ste 200
Ogden, UT 84405

Power Basin Shopping Center
c/o Arcadia Management Group
3550 Central Avenue, Suite 550
Phoenix, AZ 85012

DATED this 16th day of June, 2015.

MILLER TOONE, P.C.

/s/ Deborah R. Chandler
Blake D. Miller
Deborah Chandler
165 South Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601

Attorneys for the Debtor

3