Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
        chandler@millertoone.com

Attorneys for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**Finger Lickin' Brands, LLC**<br><br>Debtor. | **Bankruptcy Case No. 15-24141**<br>**Chapter 11**<br><br>**Honorable Joel T. Marker**<br><br>**(Filed Electronically)** |

### CERTIFICATE OF SERVICE OF NOTICE OF (1) MOTION FOR SUBSTANTIVE CONSOLIDATION OF DEBTORS' AFFILIATED CHAPTER 11 CASES AND (2) MOTION TO APPROVE SALEOF CERTAIN DICKEY'S BARBECUE PIT FRANCHISED RESTAURANTS, AND NOTICE OF HEARING

I hereby certify that on June 15, 2015, I caused to be served a true and correct copy of the

NOTICE OF (1) MOTION FOR CONSOLIDATION OF DEBTORS AFFILIATED CASES, and (2)

MOTION TO APPROVE SALE OF CERTAIN DICKEY'S BARBECUE PIT FRANCHISED

RESTAURANTS, AND NOTICE OF HEARING as follows:

1. By electronically filing the document described above with the United States Bankruptcy

Court for the District of Utah using the CM/ECF system, which will send a notice of electronic

filing to the following:

- *Deborah Rae Chandler*    *chandler@millertoone.com*
- *Peter J. Kuhn tr*    *Peter.J.Kuhn@usdoj.gov,*
  *James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov*
- *Blake D. Miller*    *miller@millertoone.com, miller@ecf.inforuptcy.com*
- *United States Trustee*    *USTPRegion19.SK.ECF@usdoj.gov*
- *Brooke Johnson*    *brjohnson@strongandhanni.com*
- *Casey Jones*    *cjones@stronandhanni.com*
- *Michael Thomson*    *thomson.michael@dorsey.com*
- *Tim Dance*    *tdance@swlaw.com*

2. By first class United States mail, postage fully pre-paid, on June 15, 2015 to all parties as set forth herein listed on the Official Court Mailing Matrix for cases 15-24141, 15-24143, and 15-24144, dated June 15, 2015, attached hereto.

Dated: July 13, 2015.

MILLER TOONE, P.C.

 */s/ Deborah R. Chandler*
Deborah R. Chandler
165 South Regent Street
Salt Lake City, Utah 84111

Label Matrix for local noticing
1088-2
Case 15-24141
District of Utah
Salt Lake City
Mon Jun 15 11:54:40 MDT 2015

ADT Security Service
PO Box 650485
Dallas, TX 75265-0485

ALSCO
2254 E. Braniff St.
Boise, ID 83716-9613

Aaron Salisbury
3384 W. 500 S.
Vernal, UT 84078-8789

Ace HVAC, LLC
PO Box 292
Stockton, UT 84071-0292

Ace Recycling & Disposal
PO Box 2608
Salt Lake City, UT 84110-2608

Adam M Christensen
734 W. 500 N.
Vernal, UT 84078-8322

Affordable Restaurant Service
461 W. Century Drive
Salt Lake City, UT 84123-2535

Airgas National Carbonation
3101 Stafford Drive
Charlotte, NC 28208-3572

Alejandro Alvarado
301 N Main St Trlr 145
Layton, UT 84041-2245

Alexis Bennett
123 Ray St.
Ogden, UT 84404-4231

Alpine Lock & Safe
67 W. Main Street
American Fork, UT 84003-2317

Alyssa S Jacobo
803 Cook St
Apt 1
Ogden, UT 84404-6727

AmTrust Financial North America
PO Box 6939
Cleveland, OH 44101-1939

Ambiance Radio
79 E. Daily Drive, Ste 263
Camarillo, CA 93010-5807

Andrew Mestek
1381 S. Cheyenne St
Salt Lake City, UT 84104-3407

Andrew Vredeveld
918 N 1500 W
Salt Lake City, UT 84116-2027

Anna Campbell
1135 Rue Ann Ct
Ogden, UT 84401-1935

Annie Kempton
24 N 750 E
Bountiful, UT 84010-3633

Badham & Associates Construction Co.
125 North 640 West
North Salt Lake, UT 84054-2712

Bagley Ice and Carbonic Inc.
225 W Paramount Ave.
Salt Lake City, UT 84115-5215

Basin Radio Network
PO Box 1210
Cody, WY 82414-1210

Baylee O Walker
501 Red Ryder Drive
Gillette, WY 82718-4154

Berkeley North Pacific
Dept 2108
Denver, CO 80271-0001

Bernard Pearson
976 Liberty Ave
Ogden, UT 84404

Boulder County Treasurer
PO Box 471
Boulder, CO 80306-0471

Boyer Quarry Bend, LC
90 South 400 West
Suite 200
Salt Lake City, UT 84101-1365

Bradley D. Zentner
94 Sandy Trail
Rozet, WY 82727

Brandon R Nielson
1960 E 2500 S
Vernal, UT 84078-9119

Breana C Lemer
156 E. 1150 S.
Vernal, UT 84078-4780

Buffo's
155 South Freedom Blvd
Provo, UT 84601-4438

Butters Investments
10227 Mystic Creek Bay
South Jordan, UT 84095-4698

C & J Gravel Products
27661 Highway 160
Durango, CO 81301-7968

Cameron Jones
1366 W. Glenrose Drive
Salt Lake City, UT 84104-3221

Canyon Slope West, LLC
PO Box 982500
Park City, UT 84098-2500

Carmen Ferrin
263 W 1000 N
Farmington, UT 84025-3724

Casidy Ivie
3880 W Main Street
Vernal, UT 84078-8939

Cedric Deherrera
1008 E Millcreek Way
Salt Lake City, UT 84106-2089

CenturyLink
PO Box 29040
Phoenix, AZ 85038-9040

Certified Refrigeration
255 Blue Lakes N., PMB 575
Twin Falls, ID 83301-5238

Deborah Rae Chandler
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

ChefTek Inc
13762 Colorado Blvd
#124-180
Brighton, CO 80602-6914

Chris Layton & Associates
2005 East 2700 South
Suite 200
Salt Lake City, UT 84109-1766

City of Aurora
15151 Alameda Pkwy
Suite 5700
Aurora, CO 80012-1555

City of Gillette
201 East 5th Street
PO Box 3003
Gillette, WY 82717-3003

City of Lakewood
Revenue Division
PO Box 17479
Denver, CO 80217-0479

City of Louisville
749 Main Street
Louisville, CO 80027-1829

Clay Ferrin
261 Quail Flight
Farmington, UT 84025-3728

Collin Gifford
4256 S. 2975 W.
Roy, UT 84067-9600

Colorado Department of Revenue
PO Box 13200
Suite 200
Denver, CO 80201-4600

Comcast
P.O. Box 34744
Seattle, WA 98124-1744

Community Coffee Company
PO Box 60141
New Orleans, LA 70160-0141

Complete Fire Protection
2111 South Jason Street
Broomfield, CO 80023

Corporate Services Consultants LLC
PO Box 1048
Dandridge, TN 37725-1048

Courtney Wangler
205 Wild Bronc Way
Gillette, WY 82718

Coy B Rumfelt
107 W Valley Drive
Gillette, WY 82716-2856

Cumulus
PO Box 645190
Cincinnati, OH 45264-0310

DDR Fort Union I & II LLC
3300 Enterprise Parkway
Beachwood, OH 44122-7200

DMX Inc
PO Box 6027777
Charlotte, NC 28260

Tim Dance
Snell & Wilmer
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101-1547

Dave Michelson
836 Cambridge Drive
North Salt Lake, UT 84054-6113

Debbie A Beagley
1540 Liberty Ave
Ogden, UT 84404-5909

Deep South Holdings
2417 Birch Cove
Salt Lake City, UT 84121

Destiny Irwin
4 Fawn Ct
Gillette, WY 82718-7251

Dex Media Holdings Inc
1649 East 1400 South
Suite 130
Clearfield, UT 84015-2483

Dickey's Barbecue Restaurants, Inc.
c/o Timothy J. Dance
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1547

Dickeys Barbecue Restaurants Inc
4514 Cole Ave
Suite 1015
Dallas, TX 75205-5449

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Done Service Group
541 Norfolk Street
Aurora, CO 80011-9348

Drayke Williams
152 Showber Rd
Gillette, WY 82718-8822

Eddie Gudino
2075 Tyler Ave
Ogden, UT 84401-0740

Elaine Archuleta
1228 E. Waterside Cove
Apt 12
Midvale, UT 84047-4291

Elijah Uribe-Winzeler
1011 Church Ave
Apt F
Gillette, WY 82716-5190

Elite Hood Cleaning Company
3954 South Joplin Way
Aurora, CO 80013-2766

Emily Smith
3770 W 2925 S
Salt Lake City, UT 84120-6361

Erin S Worrell
2645 E 7800 S
Ogden, UT 84405-9204

Estate of Rex Gale
83 Timber Lakes
Heber City, UT 84032-9653

Excel Trust
17140 Bernardo Center Drive
Suite 300
San Diego, CA 92128-2000

Federal Safety Supplies
616 Corporate Way
Suite 2-5826
Valley Cottage, NY 10989-2044

Finau L Tuiaki
210 E 600 S
Unit 1106
Vernal, UT 84078-3339

Finger Lickin' Brands, LLC
461 W Century Drive
Salt Lake City, UT 84123-2535

First Digital
P.O. Box 1499
Salt Lake City, UT 84110-1499

Foreign Series LLC
c/o Craig Wilcox
PO Box 511
Rifle, CO 81650-0511

Isaac M. Gabriel
Quarles and Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391

Gabriella H Mestek
1381 S. Cheyenne St
Salt Lake City, UT 84104-3407

Gardner Town Center Bldg A
90 South 400 West
Suite 360
Salt Lake City, UT 84101-1365

Gazoozle Inc
1118 Chestnut Street
Suite 101
Burbank, CA 91506-1625

Hannah Coleman
342 S 1350 W
Vernal, UT 84078-3200

Heather Cornelius
PO Box 3299
Gillette, WY 82717-3299

Heather L Atwood
866 E. 575 N.
Layton, UT 84041-3334

High Mark Intermountain Inc
5961 East 38th Ave
Denver, CO 80207-1252

Humana
c/o Kanawha Insurance Co
PO Box 371494
Pittsburgh, PA 15250-7494

Integrated Accounting
1483 Ridgeline Drive
Ste 200
Ogden, UT 84405-4977

Internal Revenue Service
PO Box 7346
Philadelphia,PA 19101-7346

Isaac M. Gabriel, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Isigns & Awnings
3651 South 700 West
Salt Lake City, UT 84119-4121

Ivan Contreras
530 Leona Lane
Salt Lake City, UT 84107-2937

Jami L Gaume
789 Mountain View Drive
Centerville, UT 84014-1340

Jason Barfuss
3027 Adams Ave
Apt 2
Ogden, UT 84403-0644

Jay Norman
1107 Stanley Ave
Gillette, WY 82716-5086

Jaysea Boney
2762 Jackson Ave
Ogden, UT 84403-0263

Jeffrey A Dowdy
8752 S. Yosemite St
Salt Lake City, UT 84124

John Gilleland
630 Dreamy Draw
Durango, CO 81303-6100

John J Bojan
219 Converse St
Moorcroft, WY 82721

John Thomson
2417 Royal Birch Cove
Sandy, UT 84093-6508

Brooke Johnson
Strong & Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111-3110

Johnson Law Firm
2036 Lincoln Ave
Sute 102
Ogden, UT 84401-6515

Casey W. Jones
Strong and Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111-3110

Jordan Carlin
14114 Hwy 51
Gillette, WY 82716

Jose Lopez
5288 W. Dewflower Ct.
Salt Lake City, UT 84118-7534

Jose Nieves
210 E 100 S
Meadow, UT 84644

Justin T Barrick
8118 S Cottonwood Hills Cir
Sandy, UT 84094-0868

Kelsie M Kendall
2274 N 10 W
Centerville, UT 84014

Keven Parks
166 N 600 W
Apt B
Salt Lake City, UT 84116-3462

Koford Holdings
920 Chambers St, #11
Ogden, UT 84403-5155

Krause Construction
5701 South 900 East
Ogden, UT 84405-4982

Kristy Bomstead
1454 E 1250 S
Ogden, UT 84404-6539

Peter J. Kuhn tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Lakotta Pritchard
11 Peacefull Valley Dr
Gillette, WY 82716

Lauren M Bolton
151 Tahor lane
Gillette, WY 82718-5793

Layton Lube Inc
3548 North 2375 East
Layton, UT 84040-8462

LeBaron & Jensen PC
476 West Heritage Park Blvd
Suite 200
Layton, UT 84041-5679

Linda Mestek
1381 Cheyenne St
Salt Lake City, UT 84104-3407

Timothy M. Lupinacci
420 North 20th Street
1400 Wells Fargo Tower
Birmingham, AL 35203

Maikolo Pupua
910 E Canyon Ridge Way #30
Midvale, UT 84047-4450

Margrethe Montanares
3770 S 500 E
Salt Lake City, UT 84106-1130

Marshall K Bingham
2320 N 1500 W
Vernal, UT 84078-9633

Mason N Bonar
3706 Blue Ave
Gillette, WY 82718-5733

Mathew Valdez
1375 Gilmor Drvie
Salt Lake City, UT 84105-1602

Michael F. Thomson, Esq.
DORSEY & WHITNEY LLP
Kearns Building
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685

Microsoft Corporation
PO Box 842103
Dallas, TX 75284-2103

Mikaela M Ingraham
102 W 1100 N
Farmington, UT 84025-3725

Blake D. Miller
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

Miller MDH Buckingham LLC
PO Box 912448
Denver, CO 80291-2448

Mills Publishing
772 East 3300 South
Salt Lake City, UT 84106-4618

Mobo Systems
19 Fulton Street, Suite 406
New York, NY 10038-2124

Model Linen
P.O. Box 1669
Ogden, UT 84402-1669

Moreton & Company
709 E South Temple
Salt Lake City, UT 84102-1205

Mount Olympus Water
P.O. Box 25426
Salt Lake City, UT 84125-0426

Mountain Alarm
Dept 212
PO Box 30015
Salt Lake City, UT 84130-0015

NCR Corporation
PO Box 198755
Atlanta, GA 30384-8755

National Equipment Corporation
PO Box 540180
North Salt Lake, UT 84054-0180

Nicholas & Company, Inc.
PO Box 45005
Salt Lake City, UT 84145-0005

Nikko Meza
1189 N 2150 W
Layton, UT 84041-2074

NuCO2
2800 SE Market Place
Stuart, FL 34997-4965

NuCo2
PO Box 9011
Stuart, FL 34995-9011

Ogden Commons, LLC
1178 Legacy Cross Blvd
Suite 100
Centerville, UT 84014-5520

PI Marketplace LLC
c/o Newmark Grubb Acres Asset Services
376 East 400 South, Suite 120
Salt Lake City, UT 84111-2952

PacifiCorp dba Rocky Mountain Power/Pacific
Attn: Bankruptcy
P.O. Box 25308
Salt Lake City, UT 84125-0308

Pamela S Jordan
796 Pheasantbrook Cir
Centerville, UT 84014-1416

Paymentech
14221 Dallas Parkway
Dallas, TX 75254-2942

Peak Alarm Co., Inc.
P.O Box 27127
Salt Lake City, UT 84127-0127

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874


Playnetwork Inc
PO Box 809198
Chicago, IL 60680-9198

Powder Basin Shopping Center
c/o Arcadia Management Group
3550 Central Avenue, Suite 550
Phoenix, AZ 85012-2107

Protection One
P.O. Box 49292
Wichita, KS 67201-9292


QualServ
PO Box 6536
Fort Smith, AR 72906-6536

Quality Pest Control
116 Sunny Ridge Lane
Bailey, CO 80421-2155

Questar Gas
PO Box 45360
Salt Lake City, UT 84145-0360


Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110-3194

RBS Worldpay
600 Morgan Falls Road
Atlanta, GA 30350-5810

RESCO
230 West 700 South
Salt Lake City, UT 84101-2714


Rapid Fire Protection Inc
1805 Samco Road
Rapid City, SD 57702-9372

Raven Kennedy
2203 W 2475 N
Clearfield, UT 84015-4203

Ray Quinney & Nebeker
36 South State Street
Salt Lake City, UT 84111-1451


Renee B. Weiss, Esquire DDR Corp.
3300 Enterprise Parkway
PO Box 228042
Beachwood, OH 44122-8042

Renegade Oil
1141 South 3200 West
Salt Lake City, UT 84104-4562

Rewards Network
2 North Riverside Plaza
Suite 200
Chicago, IL 60606-2677


Robert Joseph
1686 N 1500 W Apt 1
Layton, UT 84041-1855

Rocky Mountain Business Products
2020 South Pontiac Way
Denver, CO 80224-2412

Rolando Briones
8920 S. Rockwell Drive
Midvale, UT 84047


SYSCO Denver
5000 Beeler Street
Denver, CO 80238-2975

SYSCO Intermountain Inc
PO Box 27638
Salt Lake City, UT 84127-0638

Salt Lake County Assessor's Office
2001 S. State St. #N2300
Salt Lake City, UT 84190-0001


Sarah Rueschoff
2701 Dove Road
Gillette, WY 82718-7104

Scott A Miller
835 E 400 S
Springville, UT 84663-2322

SelectHealth
P.O. Box 27368
Salt Lake City, UT 84127-0368


Sharon Ciarmataro
189 S Main Street Trlr 68
Layton, UT 84041-3776

Shelby Bachtold
5202 Force Rd
Gillette, WY 82718-8424

Shelby Long
2300 Lodahl Ave
Gillette, WY 82718-5720

Skyler C Reardon
3302 W 4150 S
Ogden, UT 84401-8604

Snagajob
4851 Lake Brook Drive
Glen Allen, VA 23060-9233

SourceGas Distribution
PO Box 660474
Dallas, TX 75266-0474

South Valley Sewer District
874 E 12400 S.
Draper, UT 84020-9320

South Valley Water Reclamation Facility
c/o Express Recovery Services
PO Box 26415
Salt Lake City, UT 84126-0415

Southwest Plumbing
3102 W Appian Cove
Salt Lake City, UT 84129-2216

Spendgo
PO Box 1840
Cupertino, CA 95015-1840

Sports Boosters Inc.
9320 Chesapeake Drive
#118
San Diego, CA 92123-1021

Standard Wood
155 1/2 West 3300 South
Salt Lake City, UT 84115-3703

State Farm Insurance
PO Box 680001
Dallas, TX 75368-0001

State Fire DC Specialties
240 West 3680 South
Salt Lake City, UT 84115-4332

State of Wyoming Department of Revenue
122 West 25th Street
Cheyenne, WY 82002-0110

Station Park CenterCal LLC
PO Box 410041
Salt Lake City, UT 84141-0041

Stephen R Miller
1213 S 2970 E
Spanish Fork, UT 84660-5051

Strata Networks
PO Box 400
Roosevelt, UT 84066-0400

Sydney Colson
4304 Hidden Valley Road
Gillette, WY 82718-8496

Talor Chope
219 Converse St
Moorcroft, WY 82721

Taylor L Juiliano
866 E 575 N
Layton, UT 84041-3334

Taylor Reynolds
420 W 400 N
Vernal, UT 84078-1952

Teresa Torres
3510 S 300 E Apt N
Salt Lake City, UT 84115

The David Reilly Legacy Trust
3233 Martha Cove
Sandy, UT 84093-2156

The Gillette News Record
121 West Second Street
Gillette, WY 82716

Thomas Reprographics
PO Box 6899
Vero Beach, FL 32961-6899

Michael F. Thomson
Dorsey & Whitney LLP
136 South Main Street
Suite 1000
Salt Lake City, UT 84101-1685

Timothy A Brown
106 E Valley Drive
Gillette, WY 82716-2853

Transactional Web
4009 Old Denton Road, Suite 114
PMB 194
Carrollton, TX 75007-1022

Trevor R Wade
1347 Carrie Drive
Kaysville, UT 84037-2333

Tyler George
1867 Bosham Lane
Salt Lake City, UT 84106-4055

UniFirst
c/o Becker Rodman & Associates
1468 E Lebanon Road
Dover, DE 19901-5833

Unique Management Solutions, LLC
1873 Bellaire Street, Ste 800
Denver, CO 80222-4338

United Healthcare
Dept CH 10151
Palatine, IL 60055-0001

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

University Festival LLC
575 East University Parkway
Suite N-260
Orem, UT 84097-7582

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-9000

Veronica Gomez
242 E Creststone Ave
Salt Lake City, UT 84115-3982

Vincent A LeMaster
908 Pioneer Ave
Gillette, WY 82718-7526

W Craig Richardson
2817 W 7268 S
West Jordan, UT 84084-2954

W Michael Murden
973 E Creekhill Lane #31
Midvale, UT 84047-2366

Waste Connections
7120 South Jordan Road
Englewood, CO 80112-4201

Weber County Assessor
2380 Washington Blvd
Suite 380
Ogden, UT 84401-1471

Wells Fargo
PO Box 1450
Minneapolis, MN 55485-1450

West Coast Business Brokers
102 S. 200 E.
Suite 800
Salt Lake City, UT 84111-3110

West Coast Business Brokers
211 Boston Drive
North Salt Lake, UT 84054-6076

West Coast Business Brokers
c/o Strong & Hanni
102 S. 200 E. Suite 800
Salt Lake City, UT 84111-3110

William J Buessler
408 Meadow Rose Ave
Gillette, WY 82716-6601

William Tibbetts
190 W 1050 N
Layton, UT 84041-5008

Woodbury Corporation
2733 East Parleys Way
Suite 300
Salt Lake City, UT 84109-1661

Workers Compensation Fund
PO Box 2227
Sandy, UT 84091-2227

Wyoming Department of Revenue
122 West 25th Street
Cheyenne, WY 82001-3004

YESCO
PO Box 11676
Tacoma, WA 98411-6676

Zoey M Stafne
7010 Greensburgh Ave
Gillette, WY 82718-7499

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
P.O. Box 60036
Los Angeles, CA 90060

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dickey's Barbecue Restaurants, Inc.

(u)Lenovo Financial Services
PO Box 100706
CA 91186

(u)Rewards Network Establishment Services Inc

(u)William Mokelbust

End of Label Matrix
Mailable recipients    230
Bypassed recipients      4
Total                  234

Label Matrix for local noticing
1088-2
Case 15-24143
District of Utah
Salt Lake City
Mon Jun 15 14:56:41 MDT 2015

ADT Security Service
PO Box 650485
Dallas, TX 75265-0485

ALSCO
2254 E. Braniff St.
Boise, ID 83716-9613

Ace HVAC, LLC
PO Box 292
Stockton, UT 84071-0292

Ace Recycling & Disposal
PO Box 2608
Salt Lake City, UT 84110-2608

Affordable Restaurant Service
461 W. Century Drive
Salt Lake City, UT 84123-2535

Airgas National Carbonation
3101 Stafford Drive
Charlotte, NC 28208-3572

Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062-8829

Alpine Lock & Safe
67 W. Main Street
American Fork, UT 84003-2317

AmTrust Financial North America
PO Box 6939
Cleveland, OH 44101-1939

Ambiance Radio
79 E. Daily Drive, Ste 263
Camarillo, CA 93010-5807

Badham & Associates Construction Co.
125 North 640 West
North Salt Lake, UT 84054-2712

Bagley Ice and Carbonic Inc.
225 W Paramount Ave.
Salt Lake City, UT 84115-5215

Basin Radio Network
PO Box 1210
Cody, WY 82414-1210

Berkeley North Pacific
Dept 2108
Denver, CO 80271-0001

Big Barbecue Restaurant Group, LLC
461 W. Century Drive
Salt Lake City, UT 84123-2535

Boulder County Treasurer
PO Box 471
Boulder, CO 80306-0471

Boyer Quarry Bend, LC
90 South 400 West
Suite 200
Salt Lake City, UT 84101-1365

Buffo's
155 South Freedom Blvd
Provo, UT 84601-4438

Butters Investments
10227 Mystic Creek Bay
South Jordan, UT 84095-4698

C & J Gravel Products
27661 Highway 160
Durango, CO 81301-7968

Canyon Slope West, LLC
PO Box 982500
Park City, UT 84098-2500

CenturyLink
PO Box 29040
Phoenix, AZ 85038-9040

Certified Refrigeration
255 Blue Lakes N., PMB 575
Twin Falls, ID 83301-5238

Deborah Rae Chandler
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

ChefTek Inc
13762 Colorado Blvd
#124-180
Brighton, CO 80602-6914

Chris Layton & Associates
2005 East 2700 South
Suite 200
Salt Lake City, UT 84109-1766

City of Aurora
15151 Alameda Pkwy
Suite 5700
Aurora, CO 80012-1555

City of Gillette
201 East 5th Street
PO Box 3003
Gillette, WY 82717-3003

City of Lakewood
Revenue Division
PO Box 17479
Denver, CO 80217-0479

City of Louisville
749 Main Street
Louisville, CO 80027-1829

Colorado Department of Revenue
PO Box 13200
Suite 200
Denver, CO 80201-4600

Comcast
P.O. Box 34744
Seattle, WA 98124-1744

Community Coffee Company
PO Box 60141
New Orleans, LA 70160-0141

Complete Fire Protection
2111 South Jason Street
Broomfield, CO 80023

Corporate Services Consultants LLC
PO Box 1048
Dandridge, TN 37725-1048

Cottonwood Development Partners
461 West Century Drive
Salt Lake City, UT 84123-2535

Cumulus
PO Box 645190
Cincinnati, OH 45264-0310

DDR Fort Union I & II LLC
3300 Enterprise Parkway
Beachwood, OH 44122-7200

DMX Inc
PO Box 6027777
Charlotte, NC 28260

Tim Dance
Snell & Wilmer
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101-1547

Dex Media Holdings Inc
1649 East 1400 South
Suite 130
Clearfield, UT 84015-2483

Dickey's Barbecue Restaurants, Inc.
c/o Timothy J. Dance
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1547

Dickeys Barbecue Restaurants Inc
4514 Cole Ave
Suite 1015
Dallas, TX 75205-5449

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Elite Hood Cleaning Company
3954 South Joplin Way
Aurora, CO 80013-2766

Estate of Rex Gale
83 Timber Lakes
Heber City, UT 84032-9653

Excel Trust
17140 Bernardo Center Drive
Suite 300
San Diego, CA 92128-2000

Federal Safety Supplies
616 Corporate Way
Suite 2-5826
Valley Cottage, NY 10989-2044

First Digital
P.O. Box 1499
Salt Lake City, UT 84110-1499

Foreign Series LLC
c/o Craig Wilcox
PO Box 511
Rifle, CO 81650-0511

Gardner Town Center Bldg A
90 South 400 West
Suite 360
Salt Lake City, UT 84101-1365

Gazoozle Inc
1118 Chestnut Street
Suite 101
Burbank, CA 91506-1625

High Mark Intermountain Inc
5961 East 38th Ave
Denver, CO 80207-1252

Humana
c/o Kanawha Insurance Co
PO Box 371494
Pittsburgh, PA 15250-7494

Integrated Accounting
1483 Ridgeline Drive
Ste 200
Ogden, UT 84405-4977

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isignz & Awnings
3651 South 700 West
Salt Lake City, UT 84119-4121

John Thomson
2417 Royal Birch Cove
Sandy, UT 84093-6508

Johnson Law Firm
2036 Lincoln Ave
Sute 102
Ogden, UT 84401-6515

Peter J. Kuhn tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Layton Lube Inc
3548 North 2375 East
Layton, UT 84040-8462

LeBaron & Jensen PC
476 West Heritage Park Blvd
Suite 200
Layton, UT 84041-5679

Timothy M. Lupinacci
420 North 20th Street
1400 Wells Fargo Tower
Birmingham, AL 35203

Microsoft Corporation
PO Box 842103
Dallas, TX 75284-2103

Blake D. Miller
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

Miller MDH Buckingham LLC
PO Box 912448
Denver, CO 80291-2448

Mills Publishing
772 East 3300 South
Salt Lake City, UT 84106-4618

Mobo Systems
19 Fulton Street, Suite 406
New York, NY 10038-2124

Model Linen
P.O. Box 1669
Ogden, UT 84402-1669

Moreton & Company
709 E South Temple
Salt Lake City, UT 84102-1205

Mount Olympus Water
P.O. Box 25426
Salt Lake City, UT 84125-0426

Mountain Alarm
Dept 212
PO Box 30015
Salt Lake City, UT 84130-0015

NCR Corporation
PO Box 198755
Atlanta, GA 30384-8755

National Equipment Corporation
PO Box 540180
North Salt Lake, UT 84054-0180

Nicholas & Company, Inc.
PO Box 45005
Salt Lake City, UT 84145-0005

NuCo2
PO Box 9011
Stuart, FL 34995-9011

Ogden Commons, LLC
1178 Legacy Cross Blvd
Suite 100
Centerville, UT 84014-5520

PI Marketplace LLC
c/o Newmark Grubb Acres Asset Services
376 East 400 South, Suite 120
Salt Lake City, UT 84111-2952

PacifiCorp dba Rocky Mountain Power/Pacific
Attn: Bankruptcy
P.O. Box 25308
Salt Lake City, UT 84125-0308

Paymentech
14241 Dallas Parkway
Dallas, TX 75254-2942

Peak Alarm Co., Inc.
P.O Box 27127
Salt Lake City, UT 84127-0127

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Playnetwork Inc
PO Box 809198
Chicago, IL 60680-9198

Powder Basin Shopping Center
c/o Arcadia Management Group
3550 Central Avenue, Suite 550
Phoenix, AZ 85012-2107

Protection One
P.O. Box 49292
Wichita, KS 67201-9292

QualServ
PO Box 6536
Fort Smith, AR 72906-6536

Quality Pest Control
116 Sunny Ridge Lane
Bailey, CO 80421-2155

Questar Gas
PO Box 45360
Salt Lake City, UT 84145-0360

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110-3194

RBS Worldpay
600 Morgan Falls Road
Atlanta, GA 30350-5810

RESCO
230 West 700 South
Salt Lake City, UT 84101-2714

Rapid Fire Protection Inc
1805 Samco Road
Rapid City, SD 57702-9372

Ray Quinney & Nebeker
36 South State Street
Salt Lake City, UT 84111-1451

Renegade Oil
1141 South 3200 West
Salt Lake City, UT 84104-4562

Rewards Network
2 North Riverside Plaza
Suite 200
Chicago, IL 60606-2677

Robert E. Crandall Properties LLC
c/o Durham Jones & Pinegar
111 East Broadway, Suite 900
Salt Lake City, UT 84111-5235

Rocky Mountain Business Products
2020 South Pontiac Way
Denver, CO 80224-2412

SYSCO Denver
5000 Beeler Street
Denver, CO 80238-2975

SYSCO Intermountain Inc
PO Box 27638
Salt Lake City, UT 84127-0638

Salt Lake County Assessor's Office
2001 S. State St. #N2300
Salt Lake City, UT 84190-0001

SelectHealth
P.O. Box 27368
Salt Lake City, UT 84127-0368

Snagajob
4851 Lake Brook Drive
Glen Allen, VA 23060-9233

SourceGas Distribution
PO Box 660474
Dallas, TX 75266-0474

South Valley Sewer District
874 E 12400 S.
Draper, UT 84020-9320

South Valley Water Reclamation Facility
c/o Express Recovery Services
PO Box 26415
Salt Lake City, UT 84126-0415

Southwest Plumbing
3102 W Appian Cove
Salt Lake City, UT 84129-2216

Spendgo
PO Box 1840
Cupertino, CA 95015-1840

Sports Boosters Inc.
9320 Chesapeake Drive
#118
San Diego, CA 92123-1021

Standard Wood
155 1/2 West 3300 South
Salt Lake City, UT 84115-3703

State Farm Insurance
PO Box 680001
Dallas, TX 75368-0001

State Fire DC Specialties
240 West 3680 South
Salt Lake City, UT 84115-4332

Station Park CenterCal LLC
PO Box 410041
Salt Lake City, UT 84141-0041

Strata Networks
PO Box 400
Roosevelt, UT 84066-0400

The David Reilly Legacy Trust
3233 Martha Cove
Sandy, UT 84093-2156

The Gillette News Record
121 West Second Street
Gillette, WY 82716

Transactional Web
4009 Old Denton Road, Suite 114
PMB 194
Carrollton, TX 75007-1022



UniFirst
c/o Becker Rodman & Associates
1468 E Lebanon Road
Dover, DE 19901-5833

Unique Management Solutions, LLC
1873 Bellaire Street, Ste 800
Denver, CO 80222-4338

United Healthcare
Dept CH 10151
Palatine, IL 60055-0001

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

University Festival LLC
575 East University Parkway
Suite N-260
Orem, UT 84097-7582

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-9000

Waste Connections
7120 South Jordan Road
Englewood, CO 80112-4201

Weber County Assessor
2380 Washington Blvd
Suite 380
Ogden, UT 84401-1471

Wells Fargo
PO Box 1450
Minneapolis, MN 55485-1450

West Coast Business Brokers
211 Boston Drive
North Salt Lake, UT 84054-6076

Woodbury Corporation
2733 East Parleys Way
Suite 300
Salt Lake City, UT 84109-1661

Workers Compensation Fund
PO Box 2227
Sandy, UT 84091-2227

Wyoming Department of Revenue
122 West 25th Street
Cheyenne, WY 82001-3004

YESCO
PO Box 11676
Tacoma, WA 98411-6676

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
P.O. Box 60036
Los Angeles, CA 90060

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dickey's Barbecue Restaurants, Inc.

(u)Lenovo Financial Services
PO Box 100706
CA 91186

End of Label Matrix
Mailable recipients    130
Bypassed recipients      2
Total                  132

Label Matrix for local noticing
1088-2
Case 15-24144
District of Utah
Salt Lake City
Mon Jun 15 14:57:06 MDT 2015

ADT Security Service
PO Box 650485
Dallas, TX 75265-0485

ALSCO
2254 E. Braniff St.
Boise, ID 83716-9613

Ace HVAC, LLC
PO Box 292
Stockton, UT 84071-0292

Ace Recycling & Disposal
PO Box 2608
Salt Lake City, UT 84110-2608

Affordable Restaurant Service
461 W. Century Drive
Salt Lake City, UT 84123-2535

Airgas National Carbonation
3101 Stafford Drive
Charlotte, NC 28208-3572

Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062-8829

Alpine Lock & Safe
67 W. Main Street
American Fork, UT 84003-2317

AmTrust Financial North America
PO Box 6939
Cleveland, OH 44101-1939

Ambiance Radio
79 E. Daily Drive, Ste 263
Camarillo, CA 93010-5807

Badham & Associates Construction Co.
125 North 640 West
North Salt Lake, UT 84054-2712

Bagley Ice and Carbonic Inc.
225 W Paramount Ave.
Salt Lake City, UT 84115-5215

Basin Radio Network
PO Box 1210
Cody, WY 82414-1210

Berkeley North Pacific
Dept 2108
Denver, CO 80271-0001

Darwin H. Bingham    Boyer
Scalley Reading Bates Hansen & Rasmussen
Gateway Tower West
15 West South Temple, Suite 600
P.O. Box 11429
Salt Lake City, UT 84147-0429

Boulder County Treasurer
PO Box 471
Boulder, CO 80306-0471

Boyer Quarry Bend, LC
90 South 400 West
Suite 200
Salt Lake City, UT 84101-1365

Buffo's
155 South Freedom Blvd
Provo, UT 84601-4438

Bungalow Holdings, LLC
461 W. Century Drive
Salt Lake City, UT 84123-2535

Butters Investments
10227 Mystic Creek Bay
South Jordan, UT 84095-4698

C & J Gravel Products
27661 Highway 160
Durango, CO 81301-7968

Canyon Slope West, LLC
PO Box 982500
Park City, UT 84098-2500

CenturyLink
PO Box 29040
Phoenix, AZ 85038-9040

Certified Refrigeration
255 Blue Lakes N., PMB 575
Twin Falls, ID 83301-5238

Deborah Rae Chandler
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

ChefTek Inc
13762 Colorado Blvd
#124-180
Brighton, CO 80602-6914

Chris Layton & Associates
2005 East 2700 South
Suite 200
Salt Lake City, UT 84109-1766

City of Aurora
15151 Alameda Pkwy
Suite 5700
Aurora, CO 80012-1555

City of Gillette
201 East 5th Street
PO Box 3003
Gillette, WY 82717-3003

City of Lakewood
Revenue Division
PO Box 17479
Denver, CO 80217-0479

City of Louisville
749 Main Street
Louisville, CO 80027-1829

Colorado Department of Revenue
1375 Sherman St Rm 504
Denver, CO 80261-0004

Colorado Department of Revenue
PO Box 13200
Suite 200
Denver, CO 80201-4600

Comcast
P.O. Box 34744
Seattle, WA 98124-1744

Community Coffee Company
PO Box 60141
New Orleans, LA 70160-0141

Complete Fire Protection
2111 South Jason Street
Broomfield, CO 80023

Corporate Services Consultants LLC
PO Box 1048
Dandridge, TN 37725-1048

Cottonwood Development Partners
461 West Century Drive
Salt Lake City, UT 84123-2535

Cumulus
PO Box 645190
Cincinnati, OH 45264-0310

DDR Fort Union I & II LLC
3300 Enterprise Parkway
Beachwood, OH 44122-7200

DMX Inc
PO Box 6027777
Charlotte, NC 28260

Tim Dance
Snell & Wilmer
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101-1547

Dex Media Holdings Inc
1649 East 1400 South
Suite 130
Clearfield, UT 84015-2483

Dickey's Barbecue Restaurants, Inc.
c/o Timothy J. Dance
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1547

Dickeys Barbecue Restaurants Inc
4514 Cole Ave
Suite 1015
Dallas, TX 75205-5449

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Elite Hood Cleaning Company
3954 South Joplin Way
Aurora, CO 80013-2766

Estate of Rex Gale
83 Timber Lakes
Heber City, UT 84032-9653

Excel Trust
17140 Bernardo Center Drive
Suite 300
San Diego, CA 92128-2000

Federal Safety Supplies
616 Corporate Way
Suite 2-5826
Valley Cottage, NY 10989-2044

First Digital
P.O. Box 1499
Salt Lake City, UT 84110-1499

Foreign Series LLC
c/o Craig Wilcox
PO Box 511
Rifle, CO 81650-0511

Gardner Town Center Bldg A
90 South 400 West
Suite 360
Salt Lake City, UT 84101-1365

Gazoozle Inc
1118 Chestnut Street
Suite 101
Burbank, CA 91506-1625

High Mark Intermountain Inc
5961 East 38th Ave
Denver, CO 80207-1252

Humana
c/o Kanawha Insurance Co
PO Box 371494
Pittsburgh, PA 15250-7494

Integrated Accounting
1483 Ridgeline Drive
Ste 200
Ogden, UT 84405-4977

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isignz & Awnings
3651 South 700 West
Salt Lake City, UT 84119-4121

John Gilleland *on the master*
630 Dreamy Draw *oops*
Durango, CO 81303-6100

John Thomson
2417 Royal Birch Cove
Sandy, UT 84093-6508

Johnson Law Firm
2036 Lincoln Ave
Suite 102
Ogden, UT 84401-6515

Krause Construction
5701 South 900 East
Ogden, UT 84405-4982

Peter J. Kuhn tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Layton Lube Inc
3548 North 2375 East
Layton, UT 84040-8462

LeBaron & Jensen PC
476 West Heritage Park Blvd
Suite 200
Layton, UT 84041-5679

Timothy M. Lupinacci
420 North 20th Street
1400 Wells Fargo Tower
Birmingham, AL 35203

Microsoft Corporation
PO Box 842103
Dallas, TX 75284-2103

Blake D. Miller
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

Miller MDH Buckingham LLC
PO Box 912448
Denver, CO 80291-2448

Mills Publishing
772 East 3300 South
Salt Lake City, UT 84106-4618

Mobo Systems
19 Fulton Street, Suite 406
New York, NY 10038-2124

Model Linen
P.O. Box 1669
Ogden, UT 84402-1669

Moreton & Company
709 E South Temple
Salt Lake City, UT 84102-1205

Mount Olympus Water
P.O. Box 25426
Salt Lake City, UT 84125-0426

Mountain Alarm
Dept 212
PO Box 30015
Salt Lake City, UT 84130-0015

NCR Corporation
PO Box 198755
Atlanta, GA 30384-8755

National Equipment Corporation
PO Box 540180
North Salt Lake, UT 84054-0180

Nicholas & Company, Inc.
PO Box 45005
Salt Lake City, UT 84145-0005

NuCO2
2800 SE Market Place
Stuart, FL 34997-4965

NuCo2
PO Box 9011
Stuart, FL 34995-9011

Ogden Commons, LLC
1178 Legacy Cross Blvd
Suite 100
Centerville, UT 84014-5520

PI Marketplace LLC
c/o Newmark Grubb Acres Asset Services
376 East 400 South, Suite 120
Salt Lake City, UT 84111-2952

PacifiCorp dba Rocky Mountain Power/Pacific
Attn: Bankruptcy
P.O. Box 25308
Salt Lake City, UT 84125-0308

Paymentech
14221 Dallas Parkway
Dallas, TX 75254-2942

Peak Alarm Co., Inc.
P.O Box 27127
Salt Lake City, UT 84127-0127

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Playnetwork Inc
PO Box 809198
Chicago, IL 60680-9198

Powder Basin Shopping Center
c/o Arcadia Management Group
3550 Central Avenue, Suite 550
Phoenix, AZ 85012-2107

Protection One
P.O. Box 49292
Wichita, KS 67201-9292

QualServ
PO Box 6536
Fort Smith, AR 72906-6536

Quality Pest Control
116 Sunny Ridge Lane
Bailey, CO 80421-2155


Questar Gas
PO Box 45360
Salt Lake City, UT 84145-0360

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110-3194

RBS Worldpay
600 Morgan Falls Road
Atlanta, GA 30350-5810


RESCO
230 West 700 South
Salt Lake City, UT 84101-2714

Rapid Fire Protection Inc
1805 Samco Road
Rapid City, SD 57702-9372

Ray Quinney & Nebeker
36 South State Street
Salt Lake City, UT 84111-1451


Renegade Oil
1141 South 3200 West
Salt Lake City, UT 84104-4562

Rewards Network
2 North Riverside Plaza
Suite 200
Chicago, IL 60606-2677

Rocky Mountain Business Products
2020 South Pontiac Way
Denver, CO 80224-2412


SYSCO Denver
5000 Beeler Street
Denver, CO 80238-2975

SYSCO Intermountain Inc
PO Box 27638
Salt Lake City, UT 84127-0638

Salt Lake County Assessor's Office
2001 S. State St. #N2300
Salt Lake City, UT 84190-0001


SelectHealth
P.O. Box 27368
Salt Lake City, UT 84127-0368

Snagajob
4851 Lake Brook Drive
Glen Allen, VA 23060-9233

SourceGas Distribution
PO Box 660474
Dallas, TX 75266-0474


South Valley Sewer District
874 E 12400 S.
Draper, UT 84020-9320

South Valley Water Reclamation Facility
c/o Express Recovery Services
PO Box 26415
Salt Lake City, UT 84126-0415

Southwest Plumbing
3102 W Appian Cove
Salt Lake City, UT 84129-2216


Spendgo
PO Box 1840
Cupertino, CA 95015-1840

Sports Boosters Inc.
9320 Chesapeake Drive
#118
San Diego, CA 92123-1021

Standard Wood
155 1/2 West 3300 South
Salt Lake City, UT 84115-3703


State Farm Insurance
PO Box 680001
Dallas, TX 75368-0001

State Fire DC Specialties
240 West 3680 South
Salt Lake City, UT 84115-4332

Station Park CenterCal LLC
PO Box 410041
Salt Lake City, UT 84141-0041


Strata Networks
PO Box 400
Roosevelt, UT 84066-0400

The David Reilly Legacy Trust
3233 Martha Cove
Sandy, UT 84093-2156

The Gillette News Record
121 West Second Street
Gillette, WY 82716

Transactional Web
4009 Old Denton Road, Suite 114
PMB 194
Carrollton, TX 75007-1022

UniFirst
c/o Becker Rodman & Associates
1468 E Lebanon Road
Dover, DE 19901-5833

United Healthcare
Dept CH 10151
Palatine, IL 60055-0001


United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

University Festival LLC
575 East University Parkway
Suite N-260
Orem, UT 84097-7582

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-9000


Waste Connections
7120 South Jordan Road
Englewood, CO 80112-4201

Weber County Assessor
2380 Washington Blvd
Suite 380
Ogden, UT 84401-1471

Wells Fargo
PO Box 1450
Minneapolis, MN 55485-1450


West Coast Business Brokers
211 Boston Drive
North Salt Lake, UT 84054-6076

Woodbury Corporation
2733 East Parleys Way
Suite 300
Salt Lake City, UT 84109-1661

Workers Compensation Fund
PO Box 2227
Sandy, UT 84091-2227


Wyoming Department of Revenue
122 West 25th Street
Cheyenne, WY 82001-3004

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-0001

YESCO
PO Box 11676
Tacoma, WA 98411-6676


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Direct TV
P.O. Box 60036
Los Angeles, CA 90060


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Boyer Quarry Bend, L.C.

(u)Dickey's Barbeque Restaurants, Inc.

(u)Lenovo Financial Services
PO Box 100706
CA 91186


End of Label Matrix
Mailable recipients   134
Bypassed recipients     3
Total               137

(u)Dickey's Barbecue Restaurants, Inc.

(u)Lenovo Financial Services
PO Box 100706
CA 91186

(u)Rewards Network Establishment Services Inc

(u)William Mokelbust

End of Label Matrix
Mailable recipients    230
Bypassed recipients      4
Total                  234