Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
chandler@millertoone.com

Attorneys for the Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**FINGER LICKIN' BRANDS, LLC dba Dickey's Barbecue Pit of Utah**<br><br>**Debtor.** | **Bankruptcy No. 15-24141**<br>**Chapter 11**<br><br>**(Substantively Consolidated)**<br><br>**Honorable Joel T. Marker** |
| **BIG BARBECUE RESTAURANT GROUP, LLC  (Case No. 15-24143)**<br><br>**BUNGALOW HOLDINGS, LLC, (Case No. 15-24144)**<br><br>**Debtors.** | |

**NOTICE OF MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF LIQUIDATION AND NOTICE OF HEARING**

**(Objection Deadline: October 7, 2015)**
**(Hearing Date: October 13, 2015 at 2:00 p.m.**

**PLEASE TAKE NOTICE** that on September 2, 2015, Finger Lickin' Brands, LLC ("Debtor") filed with the United States Bankruptcy Court for the District of Utah, its Disclosure Statement for Debtor's Plan of Liquidation (the "Disclosure Statement") [Docket No. 140] and its Plan of Liquidation (the "Plan") [Docket No. 139].  The Debtor also filed its Motion to Approve Adequacy of Disclosure Statement on September 2, 2015 (the "Motion to Approve") [Docket No. 142].  Copies of the Disclosure Statement and Plan have been served on certain parties in the Debtor's Chapter 11 case as required by Federal Rule of Bankruptcy Procedure 3017(a).  If you have not received a copy of the Disclosure Statement and Plan or the Motion to Approve, you may obtain copies by requesting them from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion to Approve will be held before the Honorable Joel T. Marker, United States Bankruptcy Judge, on Tuesday, **October 13, 2015, at the hour of 2:00 p.m.**, in Courtroom No. 341 of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.  If the Court approves the Disclosure Statement, the Debtor will be permitted to distribute the Plan and Disclosure Statement to creditors and solicit votes to approve the Plan.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing and serving objections to the Motion to Approve is Wednesday, **October 7, 2015**.  Objections must be in writing and must be filed and served in accordance with Federal Rule of Bankruptcy Procedure 3017(a) on or before that date to be considered by the Court.  Your objection must be served on the following: (1) Blake D. Miller, Miller Toone, P.C., 165 S. Regent St., Salt Lake City, Utah

84111; and; (2) Peter Kuhn, Office of the United States Trustee, 405 S. Main St., #300, Salt Lake City, Utah 84111; and filed with the Bankruptcy Court at:

Clerk of the Court
United States Bankruptcy Court
350 South Main Street, #301
Salt Lake City, Utah 84101

If you mail your response or objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the objection deadline stated above.

**You or your attorney must attend the hearing on the Disclosure Statement if you want your response or objection to be considered by the Court.** The hearing on the Motion to Approve may be continued from time to time without further notice, except the announcement in open court of the time and place of such continued hearing.

If you and/or your attorney do not timely file an objection as set forth above, the Court may decide that you do not oppose the Motion to Approve and may enter an order approving the Disclosure Statement without conducting the hearing.

Dated this 4th day of September 2015.

                                                MILLER TOONE, P.C.

                                                */s/ Deborah R. Chandler*
                                                Deborah Chandler
                                                Blake D. Miller
                                                165 South Regent Street
                                                Salt Lake City, Utah 84111
                                                Telephone: (801) 363-5600
                                                Facsimile: (801) 363-5601

                                                Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2015, I caused to be served a true and correct copy of the **NOTICE OF MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF LIQUIDATION AND NOTICE OF HEARING:**

    1. By electronically filing the document described above with the United States Bankruptcy Court for the District of Utah using the CM/ECF system, which will send a notice of electronic filing to the following:

- James L. Barnett    jbarnett@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com
- Darwin H. Bingham    dbingham@scalleyreading.net, cat@scalleyreading.net
- Deborah Rae Chandler    chandler@millertoone.com
- Tim Dance    tdance@swlaw.com, docket_slc@swlaw.com;snielsen@swlaw.com
- Steven W. Dougherty    sdougherty@aklawfirm.com, dhughes@aklawfirm.com
- Isaac M. Gabriel    isaac.gabriel@quarles.com, amelia.valenzuela@quarles.com;sybil.aytch@quarles.com
- Brooke Johnson    brjohnson@strongandhanni.com
- Casey W. Jones    cjones@strongandhanni.com, cbecerra@strongandhanni.com
- Peter J. Kuhn tr    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Stephen W. Lewis    slewis@utah.gov
- Timothy M. Lupinacci    tlupinacci@bakerdonelson.com
- Blake D. Miller    miller@millertoone.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
- Richard Michael Otto    motto63@gmail.com
- Darren G. Reid    dgreid@hollandhart.com, mkthurgood@hollandhart.com
- Jerome Romero    jromero@joneswaldo.com
- Michael F. Thomson    thomson.michael@dorsey.com, montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

    2. By first class United States mail, postage fully pre-paid, on September 4, 2015 to the parties listed on the Mailing Matrix for this matter, a copy of which is attached hereto.

                                                                  /s/ *Deborah R. Chandler*
                                                               Deborah R. Chandler

```
Label Matrix for local noticing          (c)7611 COLFAX PARTNERS, LLC          ADT Security Service
1088-2                                   TIMOTHY M. SWANSON, ESQ.              PO Box 650485
Case 15-24141                            MOYE WHITE, LLP                       Dallas, TX 75265-0485
District of Utah                         1400 16TH ST STE 600
Salt Lake City                           DENVER CO  80202-1486
Fri Sep  4 10:36:01 MDT 2015

ALSCO                                    Aaron Salisbury                       Ace HVAC, LLC
2254 E. Braniff St.                      3384 W. 500 S.                        PO Box 292
Boise, ID 83716-9613                     Vernal, UT 84078-8789                 Stockton, UT 84071-0292



Ace Recycling & Disposal                 Adam M Christensen                    Affordable Restaurant Service
PO Box 2608                              734 W. 500 N.                         461 W. Century Drive
Salt Lake City, UT 84110-2608            Vernal, UT 84078-8322                 Salt Lake City, UT 84123-2535



Airgas National Carbonation              Airgas USA, LLC                       Alejandro Alvarado
3101 Stafford Drive                      110 W. 7th ST, Suite 1300             301 N Main St Trlr 145
Charlotte, NC 28208-3572                 Tulsa, OK 74119-1106                  Layton, UT 84041-2245



Alexis Bennett                           Allied Waste Services                 Alpine Lock & Safe
123 Ray St.                              P.O. Box 78829                        67 W. Main Street
Ogden, UT 84404-4231                     Phoenix, AZ 85062-8829                American Fork, UT 84003-2317



Alyssa S Jacobo                          AmTrust Financial North America       Ambiance Radio
803 Cook St                              PO Box 6939                           79 E. Daily Drive, Ste 263
Apt 1                                    Cleveland, OH 44101-1939              Camarillo, CA 93010-5807
Ogden, UT 84404-6727



Andrew Mestek                            Andrew Vredeveld                      Anna Campbell
1381 S. Cheyenne St                      918 N 1500 W                          1135 Rue Ann Ct
Salt Lake City, UT 84104-3407            Salt Lake City, UT 84116-2027         Ogden, UT 84401-1935



Annie Kempton                            Badham & Associates Construction Co.  Bagley Ice and Carbonic Inc.
24 N 750 E                               125 North 640 West                    225 W Paramount Ave.
Bountiful, UT 84010-3633                 North Salt Lake, UT 84054-2712        Salt Lake City, UT 84115-5215



James L. Barnett                         Basin Radio Network                   Baylee O Walker
Holland & Hart                           PO Box 1210                           501 Red Ryder Drive
222 S. Main Street                       Cody, WY 82414-1210                   Gillette, WY 82718-4154
Suite 2200
Salt Lake City, UT 84101-2194


Berkeley North Pacific                   Bernard Pearson                       Boulder County Treasurer
Dept 2108                                976 Liberty Ave                       PO Box 471
Denver, CO 80271-0001                    Ogden, UT 84404                       Boulder, CO 80306-0471
```

Boyer Quarry Bend, LC
c/o Darwin H. Bingham,Scalley,Reading
15 West South Temple, Suite 600
Salt Lake City, UT 84101-1536

Bradley D. Zentner
94 Sandy Trail
Rozet, WY 82727

Brandon R Nielson
1960 E 2500 S
Vernal, UT 84078-9119

Breana C Lemer
156 E. 1150 S.
Vernal, UT 84078-4780

Buffo's
155 South Freedom Blvd
Provo, UT 84601-4438

Butters Investments
10227 Mystic Creek Bay
South Jordan, UT 84095-4698

C & J Gravel Products
27661 Highway 160
Durango, CO 81301-7968

Cameron Jones
1366 W. Glenrose Drive
Salt Lake City, UT 84104-3221

Canyon Slope West, LLC
PO Box 982500
Park City, UT 84098-2500

Carmen Ferrin
263 W 1000 N
Farmington, UT 84025-3724

Casidy Ivie
3880 W Main Street
Vernal, UT 84078-8939

Cedric Deherrera
1008 E Millcreek Way
Salt Lake City, UT 84106-2089

CenturyLink
PO Box 29040
Phoenix, AZ 85038-9040

Certified Refrigeration
255 Blue Lakes N., PMB 575
Twin Falls, ID 83301-5238

Deborah Rae Chandler
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

ChefTek Inc
13762 Colorado Blvd
#124-180
Brighton, CO 80602-6914

Chris Layton & Associates
2005 East 2700 South
Suite 200
Salt Lake City, UT 84109-1766

City of Aurora
15151 Alameda Pkwy
Suite 5700
Aurora, CO 80012-1555

City of Gillette
201 East 5th Street
PO Box 3003
Gillette, WY 82717-3003

City of Lakewood
Revenue Division
PO Box 17479
Denver, CO 80217-0479

City of Louisville
749 Main Street
Louisville, CO 80027-1829

Clay Ferrin
261 Quail Flight
Farmington, UT 84025-3728

Collin Gifford
4256 S. 2975 W.
Roy, UT 84067-9600

Colorado Department of Revenue
1375 Sherman St. Rm 504
Denver, CO 80261-0004

Colorado Department of Revenue
PO Box 13200
Suite 200
Denver, CO 80201-4600

Comcast
P.O. Box 34744
Seattle, WA 98124-1744

Community Coffee Company
PO Box 60141
New Orleans, LA 70160-0141

Complete Fire Protection
2111 South Jason Street
Broomfield, CO 80023

Corporate Services Consultants LLC
PO Box 1048
Dandridge, TN 37725-1048

Cottonwood Development Partners
461 West Century Drive
Salt Lake City, UT 84123-2535

Courtney Wangler
205 Wild Bronc Way
Gillette, WY 82718

Coy A Rumfelt
107 W Valley Drive
Gillette, WY 82716-2856

Cumulus
PO Box 645190
Cincinnati, OH 45264-0310


DDR Fort Union I & II LLC
3300 Enterprise Parkway
Beachwood, OH 44122-7200

DMX Inc
Attn Brian Peck
5700 S Mopac Expy Bldg C
Austin TX 78749

DMX Inc
PO Box 6027777
Charlotte, NC 28260


Tim Dance
Snell & Wilmer
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101-1547

Dave Michelson
836 Cambridge Drive
North Salt Lake, UT 84054-6113

Debbie A Beagley
1540 Liberty Ave
Ogden, UT 84404-5909


Deep South Holdings
2417 Birch Cove
Salt Lake City, UT 84121

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Destiny Irwin
4 Fawn Ct
Gillette, WY 82718-7251


Dex Media Holdings Inc
1649 East 1400 South
Suite 130
Clearfield, UT 84015-2483

Dickey's Barbecue Restaurants, Inc.
c/o Timothy J. Dance
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1547

Dickeys Barbecue Restaurants Inc
4514 Cole Ave
Suite 1015
Dallas, TX 75205-5449


Dillon Ridge Marketplace III, LLC
7100 East Belleview Avenue, Suite 309
Greenwood Village, CO 80111-1634

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Done Service Group
541 Norfolk Street
Aurora, CO 80011-9348


Steven W. Dougherty
Anderson & Karrenberg
50 West Broadway
Suite 700
Salt Lake City, UT 84101-2035

Drayke Williams
152 Showber Rd
Gillette, WY 82718-8822

Eddie Gudino
2075 Tyler Ave
Ogden, UT 84401-0740


Elaine Archuleta
1228 E. Waterside Cove
Apt 12
Midvale, UT 84047-4291

Elijah Uribe-Winzeler
1011 Church Ave
Apt F
Gillette, WY 82716-5190

Elite Hood Cleaning Company
3954 South Joplin Way
Aurora, CO 80013-2766


Emily Smith
3770 W 2925 S
Salt Lake City, UT 84120-6361

Erin S Worrell
2645 E 7800 S
Ogden, UT 84405-9204

Estate of Rex Gale
83 Timber Lakes
Heber City, UT 84032-9653


Excel Trust
17140 Bernardo Center Drive
Suite 300
San Diego, CA 92128-2000

Federal Safety Supplies
616 Corporate Way
Suite 2-5826
Valley Cottage, NY 10989-2044

Finau L Tuiaki
210 E 600 S
Unit 1106
Vernal, UT 84078-3339

Finger Lickin' Brands, LLC
461 W Century Drive
Salt Lake City, UT 84123-2535

First Digital
P.O. Box 1499
Salt Lake City, UT 84110-1499

Foreign Series LLC
c/o Craig Wilcox
PO Box 511
Rifle, CO 81650-0511


Isaac M. Gabriel
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391

Gabriella H Mestek
1381 S. Cheyenne St
Salt Lake City, UT 84104-3407

Gardner Town Center Bldg A
90 South 400 West
Suite 360
Salt Lake City, UT 84101-1365


Gazoozle Inc
1118 Chestnut Street
Suite 101
Burbank, CA 91506-1625

Hannah Coleman
342 S 1350 W
Vernal, UT 84078-3200

Heather Cornelius
PO Box 3299
Gillette, WY 82717-3299


Heather L Atwood
866 E. 575 N.
Layton, UT 84041-3334

High Mark Intermountain Inc
5961 East 38th Ave
Denver, CO 80207-1252

Humana
c/o Kanawha Insurance Co
PO Box 371494
Pittsburgh, PA 15250-7494


Integrated Accounting
1483 Ridgeline Drive
Ste 200
Ogden, UT 84405-4977

Isaac M. Gabriel, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Isignz & Awnings
3651 South 700 West
Salt Lake City, UT 84119-4121


Ivan Contreras
530 Leona Lane
Salt Lake City, UT 84107-2937

Jami L Gaume
789 Mountain View Drive
Centerville, UT 84014-1340

Jason Barfuss
3027 Adams Ave
Apt 2
Ogden, UT 84403-0644


Jay Norman
1107 Stanley Ave
Gillette, WY 82716-5086

Jaysea Boney
2762 Jackson Ave
Ogden, UT 84403-0263

Jeffrey A Dowdy
8752 S. Yosemite St
Salt Lake City, UT 84124


Jim Barnett
Holland & Hart LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101-2194

John Gilleland
630 Dreamy Draw
Durango, CO 81303-6100

John J Bojan
219 Converse St
Moorcroft, WY 82721


John Thomson
2417 Royal Birch Cove
Sandy, UT 84093-6508

Brooke Johnson
Strong & Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111-3110

Johnson Law Firm
2036 Lincoln Ave
Sute 102
Ogden, UT 84401-6515


Casey W. Jones
Strong and Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111-3110

Jordan Carlin
14114 Hwy 51
Gillette, WY 82716

Jose Lopez
5288 W. Dewflower Ct.
Salt Lake City, UT 84118-7534

| | | |
|---|---|---|
| Jose Nieves<br>210 E 100 S<br>Meadow, UT 84644 | Justin T Barrick<br>8118 S Cottonwood Hills Cir<br>Sandy, UT 84094-0868 | Steven W. Kelly<br>Silver & DeBoskey<br>1801 York Street<br>Denver, CO 80206-1213 |
| Kelsie M Kendall<br>2274 N 10 W<br>Centerville, UT 84014 | Keven Parks<br>166 N 600 W<br>Apt B<br>Salt Lake City, UT 84116-3462 | Koford Holdings<br>920 Chambers St, #11<br>Ogden, UT 84403-5155 |
| Krause Construction<br>5701 South 900 East<br>Ogden, UT 84405-4982 | Kristy Bomstead<br>1454 E 1250 S<br>Ogden, UT 84404-6539 | Peter J. Kuhn tr<br>US Trustees Office<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Lakotta Pritchard<br>11 Peacefull Valley Dr<br>Gillette, WY 82716 | Lauren M Bolton<br>151 Tahor lane<br>Gillette, WY 82718-5793 | Layton Lube Inc<br>3548 North 2375 East<br>Layton, UT 84040-8462 |
| LeBaron & Jensen PC<br>476 West Heritage Park Blvd<br>Suite 200<br>Layton, UT 84041-5679 | Stephen W. Lewis<br>Attorney General's Office<br>160 East 300 South<br>Suite 500<br>P.O. Box 140874<br>Salt Lake City, UT 84114-0874 | Linda Mestek<br>1381 Cheyenne St<br>Salt Lake City, UT 84104-3407 |
| Timothy M. Lupinacci<br>420 North 20th Street<br>1400 Wells Fargo Tower<br>Birmingham, AL 35203 | Maikolo Pupua<br>910 E Canyon Ridge Way #30<br>Midvale, UT 84047-4450 | Margrethe Montanares<br>3770 S 500 E<br>Salt Lake City, UT 84106-1130 |
| Marshall K Bingham<br>2320 N 1500 W<br>Vernal, UT 84078-9633 | Mason N Bonar<br>3706 Blue Ave<br>Gillette, WY 82718-5733 | Mathew Valdez<br>1375 Gilmor Drvie<br>Salt Lake City, UT 84105-1602 |
| Michael F. Thomson, Esq.<br>DORSEY & WHITNEY LLP<br>Kearns Building<br>136 South Main Street, Suite 1000<br>Salt Lake City, UT 84101-1685 | Microsoft Corporation<br>PO Box 842103<br>Dallas, TX 75284-2103 | Mikaela M Ingraham<br>102 W 1100 N<br>Farmington, UT 84025-3725 |
| Blake D. Miller<br>Miller Toone, P.C.<br>165 Regent Street<br>Salt Lake City, UT 84111-1903 | Miller MDH Buckingham LLC<br>PO Box 912448<br>Denver, CO 80291-2448 | Mills Publishing<br>772 East 3300 South<br>Salt Lake City, UT 84106-4618 |
| Mobo Systems<br>19 Fulton Street, Suite 406<br>New York, NY 10038-2124 | Model Linen<br>P.O. Box 1669<br>Ogden, UT 84402-1669 | Moreton & Company<br>709 E South Temple<br>Salt Lake City, UT 84102-1205 |

```
Mount Olympus Water                 Mountain Alarm                          NCR Corporation
P.O. Box 25426                      Dept 212                                PO Box 198755
Salt Lake City, UT 84125-0426       PO Box 30015                            Atlanta, GA 30384-8755
                                    Salt Lake City, UT 84130-0015


National Equipment Corporation      Nicholas & Company, Inc.                Nikko Meza
PO Box 540180                       PO Box 45005                            1189 N 2150 W
North Salt Lake, UT 84054-0180      Salt Lake City, UT 84145-0005           Layton, UT 84041-2074


NuCO2                               NuCo2                                   Ogden Commons, LLC
2800 SE Market Place                PO Box 9011                             1178 Legacy Cross Blvd
Stuart, FL 34997-4965               Stuart, FL 34995-9011                   Suite 100
                                                                            Centerville, UT 84014-5520


Richard Michael Otto                PI Marketplace LLC                      PI Marketplace LLC
Mike Otto Law Office LLC            c/o James L. Barnett & Darren G. Reid   c/o Newmark Grubb Acres Asset Services
1920 Canyons Resort Drive 26C       Holland & Hart LLP                      376 East 400 South, Suite 120
P.O. Box 981806                     222 South Main Street, Suite 2200       Salt Lake City, UT 84111-2952
Park City, UT 84098-1806            Salt Lake City, UT 84101-2194


PacifiCorp dba Rocky Mountain Power/Pacific   Pamela S Jordan               Paymentech
Attn: Bankruptcy                    796 Pheasantbrook Cir                   14221 Dallas Parkway
P.O. Box 25308                      Centerville, UT 84014-1416              Dallas, TX 75254-2942
Salt Lake City, UT 84125-0308


Peak Alarm Co., Inc.                Mark D. Hashimoto Piercy Bowler Taylor & Ker   Pitney Bowes
P.O Box 27127                       7050 Union Park Ave                     PO Box 371874
Salt Lake City, UT 84127-0127       Suite 140                               Pittsburgh, PA 15250-7874
                                    Salt Lake City, UT 84047


Playnetwork Inc                     Powder Basin Shopping Center            Protection One
PO Box 809198                       c/o Arcadia Management Group            P.O. Box 49292
Chicago, IL 60680-9198              3550 Central Avenue, Suite 550          Wichita, KS 67201-9292
                                    Phoenix, AZ 85012-2107


Protection One                      Public Service Co                       QualServ
c/o Creditors Bankruptcy Service    1800 Larimer St 15th                    PO Box 6536
P.O. Box 800849                     Denver, CO 80202-1402                   Fort Smith, AR 72906-6536
Dallas, TX 75380-0849


Quality Pest Control                Questar Gas                             Questar Gas Company
116 Sunny Ridge Lane                PO Box 45360                            Bankruptcy DNR 244
Bailey, CO 80421-2155               Salt Lake City, UT 84145-0360           1140 West 200 South
                                                                            PO Box 3194
                                                                            Salt Lake City, UT 84110-3194


RBS Worldpay                        RESCO                                   Rapid Fire Protection Inc
600 Morgan Falls Road               230 West 700 South                      1805 Samco Road
Atlanta, GA 30350-5810              Salt Lake City, UT 84101-2714           Rapid City, SD 57702-9372
```

| | | |
|---|---|---|
| Raven Kennedy<br>2203 W 2475 N<br>Clearfield, UT 84015-4203 | Ray Quinney & Nebeker<br>36 South State Street<br>Salt Lake City, UT 84111-1451 | Darren G. Reid<br>Holland & Hart LLP<br>222 South Main Street<br>Suite 2200<br>Salt Lake City, UT 84101-2194 |
| Renee B. Weiss, Esquire DDR Corp.<br>3300 Enterprise Parkway<br>PO Box 228042<br>Beachwood, OH 44122-8042 | Renegade Oil<br>1141 South 3200 West<br>Salt Lake City, UT 84104-4562 | Rewards Network<br>2 North Riverside Plaza<br>Suite 200<br>Chicago, IL 60606-2677 |
| Robert E. Crandall Properties LLC<br>c/o Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>Salt Lake City, UT 84111-5235 | Robert Joseph<br>1686 N 1500 W Apt 1<br>Layton, UT 84041-1855 | Rocky Mountain Business Products<br>2020 South Pontiac Way<br>Denver, CO 80224-2412 |
| Rolando Briones<br>8928 S. Rockwell Drive<br>Midvale, UT 84047 | Jerome Romero<br>Jones Waldo Holbrook & McDonough<br>170 South Main Street<br>Suite 1500<br>Salt Lake City, UT 84101-1644 | SYSCO Denver<br>5000 Beeler Street<br>Denver, CO 80238-2975 |
| SYSCO Intermountain Inc<br>PO Box 27638<br>Salt Lake City, UT 84127-0638 | Salt Lake County Assessor's Office<br>2001 S. State St. #N2300<br>Salt Lake City, UT 84190-0001 | Sarah Rueschoff<br>2701 Dove Road<br>Gillette, WY 82718-7104 |
| Scott A Miller<br>835 E 400 S<br>Springville, UT 84663-2322 | SelectHealth<br>P.O. Box 27368<br>Salt Lake City, UT 84127-0368 | Sharon Ciarmataro<br>189 S Main Street Trlr 68<br>Layton, UT 84041-3776 |
| Shelby Bachtold<br>5202 Force Rd<br>Gillette, WY 82718-8424 | Shelby Long<br>2300 Lodahl Ave<br>Gillette, WY 82718-5720 | Skyler C Reardon<br>3302 W 4150 S<br>Ogden, UT 84401-8604 |
| Snagajob<br>4851 Lake Brook Drive<br>Glen Allen, VA 23060-9233 | SourceGas Distribution<br>PO Box 660474<br>Dallas, TX 75266-0474 | South Valley Sewer District<br>874 E 12400 S.<br>Draper, UT 84020-9320 |
| South Valley Water Reclamation Facility<br>c/o Express Recovery Services<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | Southwest Plumbing<br>3102 W Appian Cove<br>Salt Lake City, UT 84129-2216 | Spendgo<br>PO Box 1840<br>Cupertino, CA 95015-1840 |
| Sports Boosters Inc.<br>9320 Chesapeake Drive<br>#118<br>San Diego, CA 92123-1021 | Standard Wood<br>155 1/2 West 3300 South<br>Salt Lake City, UT 84115-3703 | State Farm Insurance<br>PO Box 680001<br>Dallas, TX 75368-0001 |

| | | |
|---|---|---|
| State Fire DC Specialties<br>240 West 3680 South<br>Salt Lake City, UT 84115-4332 | State of Wyoming Department of Revenue<br>122 West 25th Street<br>Cheyenne, WY 82002-0110 | Station Park Centercal LLC<br>PO Box 410041<br>Salt Lake City, UT 84141-0041 |
| Stephen R Miller<br>1213 S 2970 E<br>Spanish Fork, UT 84660-5051 | Strata Networks<br>PO Box 400<br>Roosevelt, UT 84066-0400 | Sydney Colson<br>4304 Hidden Valley Road<br>Gillette, WY 82718-8496 |
| Sysco Intermountain<br>a division of Sysco USA I, Inc.<br>Frank N White<br>Arnall Golden Gregory LLP<br>171 17th Street, Suite 2100<br>Atlanta, GA 30363-1031 | Talor Chope<br>219 Converse St<br>Moorcroft, WY 82721 | Taylor L Juiliano<br>866 E 575 N<br>Layton, UT 84041-3334 |
| Taylor Reynolds<br>420 W 400 N<br>Vernal, UT 84078-1952 | Teresa Torres<br>3510 S 300 E Apt N<br>Salt Lake City, UT 84115 | The David Reilly Legacy Trust<br>3233 Martha Cove<br>Sandy, UT 84093-2156 |
| The Estate of Rex Gale<br>Mike Otto Law Office<br>1920 Canyons Resort Dr 26C<br>park City UT 84098-6741 | The Gillette News Record<br>121 West Second Street<br>Gillette, WY 82716 | Thomas Reprographics<br>PO Box 6899<br>Vero Beach, FL 32961-6899 |
| Michael F. Thomson<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | Timothy A Brown<br>106 E Valley Drive<br>Gillette, WY 82716-2853 | Transactional Web<br>4009 Old Denton Road, Suite 114<br>PMB 194<br>Carrollton, TX 75007-1022 |
| Trevor R Wade<br>1347 Carrie Drive<br>Kaysville, UT 84037-2333 | Tyler George<br>1867 Bosham Lane<br>Salt Lake City, UT 84106-4055 | UniFirst<br>c/o Becker Rodman & Associates<br>1468 E Lebanon Road<br>Dover, DE 19901-5833 |
| Unique Management Solutions, LLC<br>1873 Bellaire Street, Ste 800<br>Denver, CO 80222-4338 | United Healthcare<br>Dept CH 10151<br>Palatine, IL 60055-0001 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| University Festival<br>2733 Parleys Way # 300<br>Salt Lake City, UT 84109-1661 | University Festival LLC<br>575 East University Parkway<br>Suite N-260<br>Orem, UT 84097-7582 | Utah State Tax Commission<br>c/o 160 E. 300 So. 5th Floor<br>PO Box 140874<br>Salt Lake City, UT 84114-0874 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Veronica Gomez<br>242 E Creststone Ave<br>Salt Lake City, UT 84115-3982 | Vestwood<br>2733 East Parleys Way, Suite 300<br>Salt Lake City, UT 84109-1661 |

| | | |
|---|---|---|
| Vincent A LeMaster<br>908 Pioneer Ave<br>Gillette, WY 82718-7526 | W Craig Richardson<br>2817 W 7268 S<br>West Jordan, UT 84084-2954 | W Michael Murden<br>973 E Creekhill Lane #31<br>Midvale, UT 84047-2366 |
| Waste Connections<br>7120 South Jordan Road<br>Englewood, CO 80112-4201 | Weber County Corporation<br>2380 Washington Blvd<br>Suite 380<br>Ogden, UT 84401-1471 | Wells Fargo<br>PO Box 1450<br>Minneapolis, MN 55485-1450 |
| West Coast Business Brokers<br>102 S. 200 E.<br>Suite 800<br>Salt Lake City, UT 84111-3110 | West Coast Business Brokers<br>211 Boston Drive<br>North Salt Lake, UT 84054-6076 | West Coast Business Brokers<br>c/o Strong & Hanni<br>102 S. 200 E. Suite 800<br>Salt Lake City, UT 84111-3110 |
| Frank N. White<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Gabriel K. White<br>Christensen & Jensen, P.C.<br>257 East 200 South, Suite 1100<br>Suite 1100<br>Salt Lake City, UT 84111-2047 | William J Buessler<br>408 Meadow Rose Ave<br>Gillette, WY 82716-6601 |
| William Tibbetts<br>190 W 1050 N<br>Layton, UT 84041-5008 | Woodbury Corporation<br>2733 Parleys Way # 300<br>Salt Lake City, UT 84109-1661 | Woodbury Corporation<br>2733 East Parleys Way<br>Suite 300<br>Salt Lake City, UT 84109-1661 |
| Workers Compensation Fund<br>PO Box 2227<br>Sandy, UT 84091-2227 | Wyoming Department of Revenue<br>122 West 25th Street<br>Cheyenne, WY 82001-3004 | Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-0001 |
| YESCO<br>PO Box 11676<br>Tacoma, WA 98411-6676 | Yesco, LLC<br>c/o Melanie Schaefer<br>6725 W Chichago St.<br>Chandler, AZ 85226-3335 | Zoey M Stafne<br>7010 Greensburgh Ave<br>Gillette, WY 82718-7499 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
P.O. Box 60036
Los Angeles, CA 90060

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

7611 Colfax Partners, LLC
Timothy M. Swanson, Esq.
Moye White, LLP
1400 16th Street, 6th Floor
Denver, CO 80202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)7611 Colfax Partners, LLC

(u)Dickey's Barbecue Restaurants, Inc.

(u)Estate of Rex Gale
3100 West Pinebrook Road
Suite 2450
Park City

(u)Estate of Rex Gale

(u)Lenovo Financial Services
PO Box 100706
CA 91186

(u)Miller MDH Buckingham LLC

(u)PI Marketplace LLC

(u)Rewards Network Establishment Services Inc

(u)Sysco

(u)Timothy M. Swanson, Esq.
Moye White, LLP
1400 16th Street, 6th Floor, Denver, Co

(u)William Mokelbust

End of Label Matrix
Mailable recipients   260
Bypassed recipients    11
Total                 271