Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
         chandler@millertoone.com

Attorneys for the Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**FINGER LICKIN' BRANDS, LLC dba**<br>Dickey's Barbecue Pit of Utah<br><br>**Debtor.** | **Bankruptcy No. 15-24141**<br>**Chapter 11**<br><br>**(Substantively Consolidated)**<br><br>**Honorable Joel T. Marker** |
| **BIG BARBECUE RESTAURANT GROUP, LLC  (Case No. 15-24143)**<br><br>**BUNGALOW HOLDINGS, LLC,**<br>**(Case No. 15-24144)**<br><br>**Debtors.** | |

### DEBTOR'S LIST OF ASSUMED EXECUTORY CONTRACTS AND LEASES

Pursuant to Section 10.1 of the Debtor's Plan of Reorganization, dated October 30, 2015, Finger Lickin' Brands, LLC, hereby provides its list of executory contracts and unexpired leases being assumed by operation of the Plan:

## EXECUTORY CONTRACTS AND LEASES ASSUMED

1. Lease Agreement with Vestwood LLC for Dickey's Barbecue Pit – American Fork Location
2. Lease Agreement with Dillon Ridge Marketplace II, LLC for Dickey's Barbecue Pit – Dillon Location
3. Lease Agreement with DDR I & II, LLC/Excel Trust, LP for Dickey's Barbecue Pit - Ft. Union Location
4. Lease Agreement with University Festival, LLC for Dickey's Barbecue Pit – Orem Location
5. Lease Agreement with PI Marketplace LLC for Dickey's Barbecue Pit – Salt Lake Location
6. Lease Agreement with Twin Falls PV for Dickey's Barbecue Pit – Twin Falls Location
7. Lease Agreement with Layton Lube for Dickey's Barbecue Pit – Layton Location
8. Lease Agreement with Gardner Towne Center, LLC for Dickey's Barbecue Pit – Vernal Location
9. Lease Agreement with Butters Investment for Dickey's Barbecue Pit – Richfield Location
10. Lease Agreement with Northstar Leasing Company for restaurant equipment
11. Franchise Agreements between Finger Lickin' Brands and Dickey's Barbecue Restaurants, Inc. – Layton Location, Vernal Location, Dillon Location, Ft. Union Location, Salt Lake Location.

The Debtor reserves its right to amend this list pursuant to Section 10.1(a)-(d) of the Debtor's Plan of Reorganization.

Dated this 30th day of November, 2015.

Finger Lickin' Brands, LLC

*/s/ Deborah R Chandler*
Deborah R. Chandler
Counsel for Debtor

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on November 30, 2015, I electronically filed the foregoing **DEBTOR'S LIST OF ASSUMED EXECUTORY CONTRACTS AND LEASES** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- James L. Barnett    jbarnett@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com
- Darwin H. Bingham    dbingham@scalleyreading.net, cat@scalleyreading.net
- Deborah Rae Chandler    chandler@millertoone.com
- Tim Dance    tdance@swlaw.com, docket_slc@swlaw.com;snielsen@swlaw.com
- Steven W. Dougherty    sdougherty@aklawfirm.com, dhughes@aklawfirm.com
- Isaac M. Gabriel    isaac.gabriel@quarles.com, amelia.valenzuela@quarles.com;sybil.aytch@quarles.com
- Brooke Johnson    brjohnson@strongandhanni.com
- Casey W. Jones    cjones@strongandhanni.com, cbecerra@strongandhanni.com
- Benjamin J. Kotter    bkotter@cohnekinghorn.com, jdannenmueller@cohnekinghorn.com
- Peter J. Kuhn tr    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Stephen W. Lewis    slewis@utah.gov
- Timothy M. Lupinacci    tlupinacci@bakerdonelson.com
- Blake D. Miller    miller@millertoone.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
- Richard Michael Otto    motto63@gmail.com
- Darren G. Reid    dgreid@hollandhart.com, mkthurgood@hollandhart.com
- Jerome Romero    jromero@joneswaldo.com
- Michael F. Thomson    thomson.michael@dorsey.com, montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Gabriel K. White    gabriel.white@chrisjen.com, bengta.williams@chrisjen.com

Dated this 30 day of November, 2015.

                              MILLER TOONE, P.C.

                              /s/ *Deborah R. Chandler*
                              Blake D. Miller
                              Deborah R. Chandler
                              Attorneys for Debtor